UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE

PALM BEACH FINANCE PARTNERS, L. P.       CASE NO. 09-36379-PGH
                                         CHAPTER 11
    DEBTOR.
_____/

NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST TO STOP ELECTRONIC NOTICE

    COMES NOW Noel R. Boeke, attorney for Boca Raton Christian School and Southwest Key Programs, Inc., and files his Notice of Withdrawal of Appearance and Request to Stop Electronic Notice, and requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the Court's CM/ECF System to all parties receiving electronic notice in this case, on this 22nd day of March, 2013.

/s/ Noel R. Boeke
Noel R. Boeke
Florida Bar No. 151830
HOLLAND AND KNIGHT LLP
P.O. Box 1288
Tampa, FL 33601-1288
(813) 227-8500
(813) 229-0134

#12708976_v1