UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

PALM BEACH FINANCE PARTNERS, L.P.,      CASE NO. 09-36379-EPK
PALM BEACH FINANCE II, L.P.,         CASE NO. 09-36396-EPK
                                        (Jointly Administered)

      Debtors.

_____/

### LIQUIDATING TRUSTEE'S MOTION TO APPROVE FIRST INTERIM DISTRIBUTION IN PALM BEACH FINANCE II, L.P.

Barry E. Mukamal, in his capacity as liquidating trustee ("***Liquidating Trustee***") for the Palm Beach Finance II Liquidating Trust ("***PBFII Trust***"), respectfully requests an Order of the Court approving the first interim distribution in Palm Beach Finance II, L.P. as set forth below. In support, the Liquidating Trustee states as follows.

#### Background

1.      On November 30, 2009, Palm Beach Finance II, L.P. ("***PBF II***")[1] filed its Voluntary Petition for relief under chapter 11 of the United States Bankruptcy Code [ECF No. 1]. On December 1, 2009, this case was jointly administered with the estate of *In re Palm Beach Finance Partners, L.P.,* Case No. 09-36379-PGH [ECF No. 9].

2.      On January 28, 2010, the Court entered its *Agreed Order Directing Appointment of Chapter 11 Trustee and denying the United States Trustee's Motion to Convert Cases to Cases under Chapter 7* [ECF No. 27].

3.      On January 29, 2010, the United States Trustee appointed the Liquidating Trustee as Trustee in both estates [ECF No. 28].

---

[1] PBF II, together with Palm Beach Finance Partners, L.P. ("***PBFP***"), ***"Debtors."***

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

## Jurisdiction and Venue

4.      Venue of this case is proper and continues to be proper in this District pursuant to 11 U.S.C. §§ 1408 and 1409.

5.      Approval of the Distribution Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A,O), and this Court has jurisdiction to enter a final order with respect thereto.

## Plan of Liquidation

6.      On September 3, 2010, the Liquidating Trustee and Geoffrey Varga, as Joint Official Liquidator of Palm Beach Offshore, Ltd. and Palm Beach Offshore II, Ltd., filed the *Second Amended Joint Plan of Liquidation of Barry Mukamal, as Chapter II Trustee of Palm Beach Finance Partners, L.P. and Palm Beach Finance II, L.P., and Geoffrey Varga, as Joint Official Liquidator of Palm Beach Offshore, Ltd. and Palm Beach Offshore II, Ltd.* [Case No. 09-36379, ECF No. 245] ("***Plan of Liquidation***").

7.      On October 21, 2010, this Court entered its *Order Confirming Second Amended Joint Plan of Liquidation* [Case No. 09-36379, ECF No. 444] ("***Confirmation Order***"), creating the Liquidating Trusts, appointing Barry E. Mukamal as Liquidating Trustee and appointing Geoffrey Varga as Trust Monitor. November 1, 2010 was the Plan's Effective Date.  [Case No. 09-36379, ECF No. 465].

8.      PBF and PBF II are not substantively consolidated.

## Claims Objections

9.      On September 3, 2010, an *Order (I) Approving Second Amended Disclosure Statement . . .; (III) Setting Various Deadlines* [Case No. 09-36379, EFC No. 249] ("***Order***") was entered.

10.    The Order established November 1, 2011 as the deadline within which to file objections to claims ("*Claims Objection Deadline*").

11.    The Claims Objection Deadline is currently January 3, 2018. *See* Case No. 09-36379, ECF Nos. 3262, 3268. To date, twenty-eight omnibus objections to claims have been filed.

12.    All objections to claims in PBF II have been resolved and the creditor body determined, subject to the Reservation of Rights set forth below.

## Classification of Claims and Interests

13.    Pursuant to Article 3 of the confirmed Plan of Liquidation, the following is the classification of claims and interests:

| | |
|---|---|
| Class 1A:<br>PBF Limited Partner Unsecured Claims | Class 1A consists of all General Unsecured Claims filed by limited partners of PBF. |
| Class 1B:<br>PBF II Limited Partner Unsecured Claims | Class 1B consists of all General Unsecured Claims filed by limited partners of PBF II. |
| Class 2A:[2]<br>Other PBF General Unsecured Claims | Class 2A consists of all General Unsecured Claims of PBF other than PBF Limited Partner Unsecured Claims. |
| Class 2B:<br>Other PBF General Unsecured Claims | Class 2B consists of all General Unsecured Claims of PBF II other than PBF II Limited Partner Unsecured Claims. |
| Class 3A:<br>PBF Interests | Class 3A consists of all Interests of or in PBF. |
| Class 3B:<br>PBF II Interests | Class 3B consists of all Interests of or in PBF II. |

## PBF II Approved Distribution Scheme

14.    On January 11, 2017, the Liquidating Trustee on behalf of the Palm Beach Finance II Liquidating Trust, filed his *Motion to Approve Distribution Scheme Pursuant to 11 U.S.C. § 510(b) and Bankruptcy Rule 9019* [Case No. 09-36379, ECF No. 3137]. The Court

---

[2] There are no allowed Class 2A claims.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/4189/4189-1/00845104.DOC.}

granted the motion by entering its Findings of Fact and Conclusions of Law dated February 27, 2017 [Case No. 09-36379, ECF No. 3179] ("***PBF II Distribution Scheme***").

15.      The PBF II Distribution Scheme differs from the Palm Beach Finance Partners, L.P. ("***PBFP***") Distribution Scheme, also approved by the Court on February 27, 2017[3] [Case No. 09-36379, ECF No. 3178], in that the PBF II estate includes the debt of Palm Beach Offshore, Ltd. ("***PBO***"), Palm Beach Offshore II, Ltd. ("***PBO II***" together with PBO, the "***Offshore Funds***"), whereas the only parties affected by the distribution scheme approved for PBFP are its limited partner creditors and interest holders ("***LPs***"). As such, the distribution scheme for PBF II is impacted by an additional "carve-out" component, whereby the Offshore Funds agree to carve-out a percentage of their distribution (which the Offshore Funds assert is senior in priority to any LP claim) to fund distributions for the various categories of LPs described below which are junior in priority to the Offshore Funds allowed claims.

16.      The Offshore Funds will receive (i) 98.5% of each dollar distributed by PBF II between $0 and $20 Million, (ii) 97% of each dollar distributed by PBF II between $20 Million and $60 Million and (iii) 96.3% of each dollar distributed by PBF II in an amount greater than $60 Million. Put differently, although the Offshore Funds assert their claims are senior in priority to the LPs, in consideration of enabling a mediated settlement that will allow the Liquidating Trustee to promptly make distributions and avoid potentially costly and time-consuming litigation, in order to effectuate the above, the Court approved the PBF II Distribution Scheme pursuant to which the Offshore Funds agreed to carve out (x) 1.5% of any distributions due to the Offshore Funds between $0 and $20 Million, (y) 3.0% of any distributions due to the Offshore Funds between $20 Million and $60 Million and (z) 3.7% of any distribution due to the Offshore

---

[3] The first interim distribution in PBFP was approved by the Court pursuant ECF No. 3260 on June 7, 2017 and has already been made.

Funds greater than $60 Million (collectively, the "*Offshore Carve-out Distributions*"). The Offshore Funds agreed to the Offshore Carve-out Distributions but took no position on the priority of the categories of LPs in receiving portions of such distributions, and that priority was determined by the Liquidating Trustee and parties at the mediation and approved by this Court.

17.     The Liquidating Trustee proposes a total interim distribution of **$24,500,000** (the "*First Interim Distribution*"). Pursuant to the distribution scheme approved by the Court, **$24,065,000.00**[4] will be distributed to the Offshore Funds. The remaining **$435,000** of the First Interim Distribution will be allocated to the LPs pursuant to the Distribution Scheme described below.

18.     The PBF II Distribution Scheme divides the LPs (Classes 1A and 3A) into 4 categories for distribution purposes only:[5]

> a)     **Category A:** Creditors who (i) filed proofs of claim and (ii) made prepetition redemption requests or (iii) have unsecured claims allowed pursuant to Court Order will share in the Offshore Carve-out Distributions based on 100% of their allowed claim amounts, and will receive a different distribution depending on the amount of their allowed claim. Specifically, claims in Category A will receive 1.10% of a distribution between $0 and $20 Million, 2.20% of a distribution between $20 Million and $60 Million and 2.72% of a distribution over $60 Million. The total of allowed claims in Category A equals **$66,130,590.69**. Pursuant to the distribution scheme, **$220,211.05** is allocated for distribution on Claims in Category A for the first $20 Million. **$99,094.97** is allocated for distribution on Claims in Category A for the next $4.5 Million, for a total Class A interim distribution of **$319,306.03**.

---

[4] $19,700,000.00 represents 98.5% of the first $20 Million. $4,365,000.00 represents 97.0% of the next $4.5 Million, for a total of $24,065,000.00. Total Distribution to the Offshore Funds is allocated between PBO and PBO II as follows: PBO: $19,361,061.08 and PBO II: $4,703,938.92 for a total of $24,065,000.00.

[5] The Liquidating Trustee's most recent computations with respect to the percentage of distributions payable to each Category reflect revisions in the composition of the Categories based on recent documentation reviewed by the Liquidating Trustee. Specifically, Table Mountain Capital (POC 2-1), and Mosaic Capital Fund, LLC (POC 8-1) were moved from Category B to Category A. Additionally, allowed equity interests of Ozcar Multi-Strategies, LLC Class C#1 FBO Joe Umbach, BNP Paribas Bank & Trust Cayman Limited FBO Guardian Asset Finance Master BV and ABR Signature Select Insurance Fund Series Interests of the SALI Multi-Series Fund, LP, were moved from Category D to Category C. Finally, the allowed claims of the Agile Safety Master Fund (POC 32-1) were moved from Category B to Category A pursuant to the Court's *Agreed Order on Amended Motion for Reconsideration Pursuant to FRCP 60(b)* [See ECF No. 3351],

b)    **Category B**: Creditors who (i) filed proofs of claim and (ii) did not make prepetition redemption requests will share in the Offshore Carve-out Distributions based on 65% of their allowed claim amounts, and will receive a different distribution depending on the amount of their allowed claim. Specifically, claims in Category B will receive 0.07% of a distribution between $0 and $20 Million 0.14% of a distribution between $20 Million and $60 Million and 0.17% of a distribution over $60 Million. The total of allowed claims in Category B equals **$6,250,000.00**. Pursuant to the distribution scheme, **$13,527.89** is allocated for distribution on Claims in Category B for the first $20 Million. **$6,087.55** is allocated for distribution in Category B for the next $4.5 Million, for a total Class B interim distribution of **$19,615.44**.

c)    **Category C**: Equity interest holders who (i) did not file proofs of interest but (ii) made prepetition redemption requests will share in the Offshore Carve-out Distributions based on approximately 30% of their allowed equity amounts, and will receive a different distribution depending on the amount of their allowed equity interest. Specifically, equity interests in Category C allowed will receive 0.30% of a distribution between $0 and $20 Million, 0.60% of a distribution between $20 Million and $60 Million and 0.74% of a distribution over $60 Million. The total of interests in Category C equals **$60,243,866.44**. Pursuant to the distribution scheme, **$60,182.58** is allocated for distribution on Claims in Category C for the first $20 Million. **$27,082.16** is allocated for distribution on Claims in Category C for the next $4.5 Million, for a total Class C interim distribution of **$87,264.74**.

d)    **Category D**: Equity interest holders who (i) did not file proofs of interest and (ii) did not make prepetition redemption demands will share in the Offshore Carve-out Distributions based on approximately 15% of their allowed amounts, and will receive a different distribution depending on the amount of their allowed equity interest. Specifically, equity interests in Category D allowed will receive 0.03% of a distribution between $0 and $20 Million, 0.06% of a distribution between $20 Million and $60 Million and 0.07% of a distribution over $60 Million. The total of interests in Category D equals **$12,169,331.58**. Pursuant to the distribution scheme, **$6,078.48** is allocated for distribution on interests in Category D for the first $20 Million. **$2,735.31** is allocated for distribution on interests in Category D for the next $4.5 Million, for a total Class D interim distribution of **$8,813.79**.

### Article 9 - Distributions

19.    Article 9.1 of the confirmed Plan of Liquidation provides:

**Delivery of Distributions in General.** Distributions to holders of Allowed Claims and Interests shall be made: (a) at the addresses set forth in the proofs of Claim Filed by such holders; (b) at the addresses set forth in any written notices of address change Filed

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/4189/4189-1/00845104.DOC.}

with the Bankruptcy Court or delivered to the Liquidating Trustee after the date on which any related proof of Claim was Filed; or (c) at the addresses reflected in the Schedules relating to the applicable Allowed Claim or Interest if no proof of Claim has been Filed and the Liquidating Trustee has not received a written notice of a change of address.

20.     However, throughout the pendency of this proceeding, numerous addresses have been returned as undeliverable and the Liquidating Trustee has attempted to ascertain better addresses. Further, in some instances there is more than one address for a claimant.

21.     Article 9.11 of the confirmed Plan of Liquidation provides:

**Compliance with Tax Requirements.** In connection with the Plan and the distributions made in accordance thereto, to the extent applicable, the Liquidating Trusts shall comply with all tax withholding and reporting requirements imposed by any governmental unit, if any, and all distributions pursuant to the Plan shall be subject to such withholding and reporting requirements. The Liquidating Trustee shall be authorized to take any and all actions that may be necessary or appropriate to comply with such withholding and reporting requirements.

22.     The Liquidating Trustee seeks Court authority to require any claimant receiving a distribution to fully execute and return an IRS Form W-9, Request for Taxpayer Identification Number (TIN) and Certification and provide a payment address so that he can comply with Article 9.11 of the confirmed Plan of Liquidation. This will also ensure that distribution payments are sent to current addresses. A letter in the form attached hereto as "**Exhibit A**" will be mailed to claimants at all known addresses.

23.     Article 9.10 of the confirmed Plan of Liquidation provides:

**Disputed Claims Reserves.** The Liquidating Trustee shall establish reserves for Disputed Claims in accordance with the terms of the Liquidating Trust Agreements.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/4189/4189-1/00845104.DOC.}

24.    Pursuant to Article 9.4 of the confirmed Plan of Liquidation, **No *De Minimis* Distributions**, provides that "[o]ther than in the Final Distribution, no payment of Cash in an amount of less than $250.00 shall be required to be made on account of any Allowed Claim."

25.    Article 9.6 of the confirmed Plan of Liquidation provides:

> **Undeliverable Distributions.** If the distribution check to any holder of an Allowed Claim or Interest is not cashed within 90 days after issuance by the Liquidating Trustee, a stop payment order shall be given with respect to the check and no further distributions shall be made to such holder on account of such Allowed Claim or Interest. Such Allowed Claim or Interest shall be discharged and the holder of such Allowed Claim or Interest shall be forever barred from asserting such Claim against the Liquidating Trusts, the Liquidating Trustee, the Debtors, their Estates or their respective property. In such cases, any Cash held for distribution on account of such Claim shall remain property of the respective Liquidating Trust and be distributed to other Creditors in accordance with the terms of this Plan and the Liquidating Trust Agreements.

## Reservation of Certain Rights

26.    In addition to filing claims in the PBF Bankruptcy Cases, the Offshore Funds filed claims in the Petters Bankruptcy Cases[6] ("***Offshore-PCI Claims***"). If allowed, the Offshore-PCI Claims would dilute distributions to the Liquidating Trustee on account of his allowed claims in the Petters Bankruptcy Cases.

27.    Douglas A. Kelley, the trustee in the post-confirmation Petters Bankruptcy Cases ("***Trustee Kelley***"), has objected to the Offshore-PCI Claims.

28.    Moreover, the Liquidating Trustee believes that the Offshore-PCI Claims should be disallowed in the Petters Bankruptcy Cases.

29.    The Liquidating Trustee reserves the right to assert claims against the Offshore Funds (and any directly or indirectly affiliated party) based on their pursuit of the Offshore-PCI

---

[6] In October 2008, Petters Company, Inc. and certain affiliated entities filed for chapter 11 bankruptcy in the U.S. Bankruptcy Court for the District of Minnesota ("Petters Bankruptcy Case(s).")

Claims. The Liquidating Trustee does not request that the Court at this time adjudicate the validity of any such claims that might be brought. However, the Liquidating Trustee wishes to make clear that he does not and has not waived or abandoned such claims.

30.     To the contrary, all rights are expressly reserved, including to assert that the Offshore Funds' (and any directly or indirectly affiliated party) actions in either the Petters Bankruptcy Cases or the PBF Bankruptcy Cases in connection with the Offshore-PCI Claims harmed the Liquidating Trustee, the Estates, or the Palm Beach Liquidating Trusts. And to the extent the Liquidating Trustee takes any action, the Liquidating Trustee reserves all rights, including the right to reduce any future distributions to the Offshore Funds by the amounts of any damages incurred by the Palm Beach Liquidating Trusts.

### Relief Requested

31.     Article 9.7 of the confirmed Plan of Liquidation provides:

> **Interim Distributions.** Unless otherwise provided in the Plan, the Liquidating Trustee in his discretion may make periodic distributions to the Beneficiaries entitled thereto in accordance with Section 5.1 of the Liquidating Trust Agreements.

32.     Although Court approval of Interim Distributions is not required pursuant to Article 9.7 of the confirmed Plan of Liquidation, given the magnitude of this case and the amount of interest holders affected by any distribution, the Liquidating Trustee seeks Court approval of the proposed Interim Distribution to ensure that parties in interest have adequate notice and an opportunity to be heard on the Motion.

33.     The PBFII Trust has cash on hand as of October 31, 2017 of **$38,691,247.31**. Of that amount, the Liquidating Trustee seeks Court approval to make a first interim distribution in PBF II, applying the approved PBF II Distribution Scheme, in the total amount of **$24,500,000** ("*First Interim Distribution*"). Attached as "**Exhibit B**" is a spreadsheet reflecting those

claimants receiving the First Interim Distribution in PBF II. The First Interim Distribution is the maximum amount the Liquidating Trustee reasonably believes can be made, as he must reserve approximately $14,000,000.00 for continuing litigation and other potential administrative expenses. The reserve of $14,000,000 is intended to include a general litigation reserve of $9,840,000 for legal expenses allocable between PBFP and PBF II,[7] estimated legal costs of $3,000,000 specific to PBF II only, and $1,160,000 for estimated administrative costs including trustee fees and other expenses. To the extent the Liquidating Trustee makes additional interim distributions, the Liquidating Trustee reserves the right to proceed with such interim distributions without seeking further approval from the Court pursuant to Article 9.7 of the confirmed Plan of Liquidation.

34.    Thus, the Liquidating Trustee respectfully requests an Order of the Court approving the First Interim Distribution as set forth in Exhibit B upon receipt of a fully executed Form W-9, Request for Taxpayer Identification Number (TIN) and Certification and payment address.

35.    Attached as "**Exhibit C**" is a proposed Order granting the relief sought herein.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[7] The general litigation reserve is estimated at $12 Million, which is allocated 18% to PBFP and 82% to PBF II. Accordingly, the portion of the general litigation reserve allocated for PBF II is $9,840,000.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/4189/4189-1/00845104.DOC.}

**WHEREFORE**, the Liquidating Trustee, subject to the Reservation of Rights, requests an Order (1) granting this Motion, (2) approving the First Interim Distribution as set forth on Exhibit B, (3) requiring any claimant receiving a distribution to fully execute and return an IRS Form W-9, Request for Taxpayer Identification Number (TIN) and Certification and provide a payment address to the Liquidating Trustee, and (4) for such other and further relief as this Court deems just and proper.

Dated: December 8, 2017.

 s/ Solomon B. Genet
Peter D. Russin, Esq.
Florida Bar No. 765902
prussin@melandrussin.com
Michael S. Budwick, Esq.
Florida Bar No. 938777
mbudwick@melandrussin.com
Solomon B. Genet, Esq.
Florida Bar No. 617911
sgenet@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Barry E. Mukamal,*
*Liquidating Trustee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on December 8, 2017, via the Court's Notice of Electronic Filing upon registered Users listed on the attached Exhibit 1, via Regular U.S. Mail upon the parties listed on the Court's Manual Notice List attached as Composite Exhibit 2, the Court's Matrices in Case No. 09-36379-BKC-PGH and Case No. 09-36396-BKC-PGH attached as Composite Exhibit 3[8], and those additional addresses set forth on Composite Exhibit 4.

_s/ Solomon B. Genet_
Solomon B. Genet, Esquire

---

[8] "ADDL" means these additional parties served as a courtesy. *See* Composite Exhibit 4.
"BAD" means that it is a known bad address; hence, no service by mail.
"DUP" means that the address appears more than once on this exhibit and is only being served one time by mail.
"NEF" means that service was made by Notice of Electronic Filing as set forth on Exhibit 1 and is not being additionally served by mail.
"NNR" means no notice is required.
"PBFP" means that entity appears on both matrices and only being served once.
"N-WD" means no notice required as such party has filed a Notice of Withdrawal with this Court.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/4189/4189-1/00845104.DOC.}

**Barry E. Mukamal, Liquidating Trustee**
**PBF Liquidating Trust**
**1 SE 3rd Avenue**
**Box 158**
**Miami, FL  33131**
**Phone:  (786) 517-5760**
**Fax:  (786) 517-5772**

*SENT VIA REGULAR MAIL*

DATE

CLAIMANT
ADDRESS

**RE:  PBF Liquidating Trust. (Administered under Case No. 09-36379-PGH)**
**Request for Taxpayer Identification Number and Certification**

Dear _____:

Enclosed is Form W-9, Request for Taxpayer Identification Number and Certification.

We are required to file an information return with the IRS disclosing all reportable payments made to each vendor during the year.  The information return must disclose the vendor's taxpayer identification number.  Form W-9 is the prescribed form for requesting a taxpayer identification number.

We ask that you complete and return Form W-9 to the address on this letterhead.  In addition, we ask that you indicate the type of organization in which your business is conducted by checking the appropriate box in Part II of the form.  This will enable us to determine whether we are required to complete an information return with regard to the payments we have made to you during the year.

Failure to complete Form W-9 carries a penalty of $50.  Therefore, we encourage you to complete and return Form W-9 as soon as possible.

If you have any questions, please contact Jazmin Padilla at (786) 517-5760 or jpadilla@kapilamukamal.com.

Very truly yours,


Barry Mukamal, Liquidating Trustee


EXHIBIT A

**PALM BEACH FINANCE II, LP**
*Proofs of Claim Filed*
*Petition Date: November 30, 2009*

| POC No. | Category per 510(b) Motion | Claimant | Allowed Claim | Adjustment Factor | Distribution of first $20 Million | | Distribution of next $4.5 Million | | Total Distribution |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | % Allocation | Distribution Amount | % Allocation | Distribution Amount | |
| 16 | 1.DEBT | Geoff Varga, solely in his capacity as Joint Official Liquidator of Palm Beach Offshore Ltd. | $ 578,319,885.06 | | 79.25% | $ 15,849,279.17 | 78.04% | $ 3,511,781.91 | $ 19,361,061.08 |
| 15 | 1.DEBT | Geoff Varga, solely in his capacity as Joint Official Liquidator of Palm Beach Offshore II Ltd. | 140,507,868.06 | | 19.25% | 3,850,720.83 | 18.96% | 853,218.09 | $ 4,703,938.92 |
| | **1.DEBT Total** | | **718,827,753.12** | | **98.50%** | **19,700,000.00** | **97.00%** | **4,365,000.00** | **24,065,000.00** |
| 6 | A | LAB Investments Fund LP | 6,390,183.35 | 100% | 0.11% | 21,278.94 | 0.21% | 9,575.52 | 30,854.47 |
| 30 | A | Golden Sun Multi - Manager Fund, LP | 5,000,000.00 | 100% | 0.08% | 16,649.71 | 0.17% | 7,492.37 | 24,142.08 |
| 4 | A | Strategic Stable Return Fund (ID), LP | 5,000,000.00 | 100% | 0.08% | 16,649.71 | 0.17% | 7,492.37 | 24,142.08 |
| 33 | A | Agile Safety Variable Fund, L.P. | 4,000,000.00 | 100% | 0.07% | 13,319.77 | 0.13% | 5,993.90 | 19,313.67 |
| 32 | A | Agile Safety Fund (Master Fund) | 5,621,901.32 | 100% | 0.09% | 18,720.61 | 0.19% | 8,424.27 | 27,144.88 |
| 3 | A | Strategic Stable Return Fund II, LP | 1,970,000.00 | 100% | 0.03% | 6,559.99 | 0.07% | 2,951.99 | 9,511.98 |
| 29 | A | Raymond G. Feldman Family Ventures, L.P. | 500,000.00 | 100% | 0.01% | 1,664.97 | 0.02% | 749.24 | 2,414.21 |
| 7 | A | BNP Private Bank & Trust Cayman Ltd. – ARIS Multi-Strategy Fund, LP Pledge to BNP Paribas Securities Corp. | 9,600,000.00 | 100% | 0.16% | 31,967.45 | 0.32% | 14,385.35 | 46,352.80 |
| 31 | A | HSBC USA Inc. | 9,000,000.00 | 100% | 0.15% | 29,969.48 | 0.30% | 13,486.27 | 43,455.75 |
| 20 | A | JamiScott, LLC | 2,837,466.09 | 100% | 0.05% | 9,448.60 | 0.09% | 4,251.87 | 13,700.47 |
| 22 | A | Claridge Associates, LLC | 2,000,000.00 | 100% | 0.03% | 6,659.88 | 0.07% | 2,996.95 | 9,656.83 |
| 18 | A | Leonard & Lillian Schneider | 1,500,000.00 | 100% | 0.02% | 4,994.91 | 0.05% | 2,247.71 | 7,242.62 |
| 17 | A | Scott Schneider | 1,135,031.60 | 100% | 0.02% | 3,779.59 | 0.04% | 1,700.82 | 5,480.41 |
| 21 | A | BayRoc Associates, LLC | 1,000,000.00 | 100% | 0.02% | 3,329.94 | 0.03% | 1,498.47 | 4,828.42 |
| 2 | A | Oszcar Multi Strategies LLC Class C#232 (Table Mountain Capital) | 2,500,000.00 | 100% | 0.04% | 8,324.86 | 0.08% | 3,746.19 | 12,071.04 |
| Equity | A | Barry A Beal | 1,000,000.00 | 100% | 0.02% | 3,329.94 | 0.03% | 1,498.47 | 4,828.42 |
| 8 | A | Mosaic Capital Fund, LLC | 4,000,000.00 | 100% | 0.07% | 13,319.77 | 0.13% | 5,993.90 | 19,313.67 |
| Equity | A | Carlton Beal Family Trust FBO Barry A Beal | 1,000,000.00 | 100% | 0.02% | 3,329.94 | 0.03% | 1,498.47 | 4,828.42 |
| 53 | A | JDFF Master Fund, LP | 1,500,000.00 | 100% | 0.02% | 4,994.91 | 0.05% | 2,247.71 | 7,242.62 |
| 34 | A | Thomas J Ginley Life Insurance Trust Dtd 1-22-97 | 576,008.33 | 100% | 0.01% | 1,918.07 | 0.02% | 863.13 | 2,781.21 |
| | A | **CATEGORY "A" - FILED CLAIMS WITH PREBANKRUPTCY REDEMPTION REQUESTS OR ALLOWED ORDERS** | **66,130,590.69** | | **1.10%** | **220,211.05** | **2.20%** | **99,094.97** | **319,306.03** |
| 27 | B | Blackpool Absolute Return Fund, LLC | 1,750,000.00 | 65% | 0.02% | 3,787.81 | 0.04% | 1,704.51 | 5,492.32 |
| 26 | B | Blackpool Partners, LLC | 1,250,000.00 | 65% | 0.01% | 2,705.58 | 0.03% | 1,217.51 | 3,923.09 |
| 28 | B | Kenneth Ralston | 450,000.00 | 65% | 0.00% | 974.01 | 0.01% | 438.30 | 1,412.31 |
| 25 | B | Maxine Adler - Multiple transferees - See Order | - | 65% | 0.00% | - | 0.00% | - | - |
| 25(a) | B | U.C. Davis School of Veterinary Medicine | 850,000.00 | 65% | 0.01% | 1,839.79 | 0.02% | 827.91 | 2,667.70 |
| 25(b) | B | KAT TNR, Inc. | 22,500.00 | 65% | 0.00% | 48.70 | 0.00% | 21.92 | 70.62 |
| 25(c) | B | Peggy Adams Animal Rescue League of the Palm Beaches, Inc. | 22,500.00 | 65% | 0.00% | 48.70 | 0.00% | 21.92 | 70.62 |
| 25(d) | B | Town Cats | 45,000.00 | 65% | 0.00% | 97.40 | 0.00% | 43.83 | 141.23 |
| 25(e) | B | AVDA (Aid to Victims of Domestic Violence) | 25,000.00 | 65% | 0.00% | 54.11 | 0.00% | 24.35 | 78.46 |
| 25(f) | B | Next Door Solutions to Domestic Violence | 25,000.00 | 65% | 0.00% | 54.11 | 0.00% | 24.35 | 78.46 |
| 25(g) | B | Special Olympics Florida | 5,000.00 | 65% | 0.00% | 10.82 | 0.00% | 4.87 | 15.69 |
| 25(h) | B | Special Olympics Northern California, Inc. | 5,000.00 | 65% | 0.00% | 10.82 | 0.00% | 4.87 | 15.69 |
| 1 | B | Stephen & Lisa Williams Family Trust dated 12/21/05 | 1,800,000.00 | 65% | 0.02% | 3,896.03 | 0.04% | 1,753.21 | 5,649.25 |
| | B | **CATEGORY "B" - FILED CLAIMS WITH NO REDEMPTION REQUEST PRE-BANKRUPTCY** | **6,250,000.00** | | **0.07%** | **13,527.89** | **0.14%** | **6,087.55** | **19,615.44** |

EXHIBIT B

**PALM BEACH FINANCE II, LP**
*Proofs of Claim Filed*
*Petition Date: November 30, 2009*

| POC No. | Category per 510(b) Motion | Claimant | Allowed Claim | Adjustment Factor | Distribution of first $20 Million % Allocation | Distribution Amount | Distribution of next $4.5 Million % Allocation | Distribution Amount | Total Distribution |
|---|---|---|---|---|---|---|---|---|---|
| Equity | C | ABR Capital Fixed/Option Income Strategic Fund, LP | 1,895.64 | 30% | 0.00% | 1.89 | 0.00% | 0.85 | 2.75 |
| Equity | C | Citizen's Bank as custodian for Ocean Gate opportunity Fund, LP | 3,500,000.00 | 30% | 0.02% | 3,496.44 | 0.03% | 1,573.40 | 5,069.84 |
| Equity | C | Genesis Special Opportunity (QP), LP | 5,150,000.00 | 30% | 0.03% | 5,144.76 | 0.05% | 2,315.14 | 7,459.90 |
| Equity | C | Genesis Special Opportunity, LP | 2,425,000.00 | 30% | 0.01% | 2,422.53 | 0.02% | 1,090.14 | 3,512.67 |
| Equity | C | Genesis Strategic Investors (QP), LP | 10,622,263.98 | 30% | 0.05% | 10,611.46 | 0.11% | 4,775.16 | 15,386.61 |
| Equity | C | Genesis Strategic Investors, LP | 7,753,876.49 | 30% | 0.04% | 7,745.99 | 0.08% | 3,485.69 | 11,231.68 |
| Equity | C | Harborlight FAB Fund, LP | 1,500,000.00 | 30% | 0.01% | 1,498.47 | 0.01% | 674.31 | 2,172.79 |
| Equity | C | Joel and Nancy Barnett (JTWROS) | 1,050,625.47 | 30% | 0.01% | 1,049.56 | 0.01% | 472.30 | 1,521.86 |
| Equity | C | Laulima Partners, LP | 2,500,000.00 | 30% | 0.01% | 2,497.46 | 0.02% | 1,123.86 | 3,621.31 |
| Equity | C | SBIC Income Fund | 2,400,000.00 | 30% | 0.01% | 2,397.56 | 0.02% | 1,078.90 | 3,476.46 |
| Equity | C | Scotiabanc, Inc. | 8,814,377.58 | 30% | 0.04% | 8,805.41 | 0.09% | 3,962.43 | 12,767.85 |
| Equity | C | Select Access (Institutional) LLC | 900,000.00 | 30% | 0.00% | 899.08 | 0.01% | 404.59 | 1,303.67 |
| Equity | C | BNP Paribas Bank & Trust Cayman Limited FBO Guardian Asset Finance Master BV | 3,066,000.00 | 30% | 0.02% | 3,062.88 | 0.03% | 1,378.30 | 4,441.18 |
| Equity | C | ABR Signature Select Insurance Fund Series Interests of the SALI Multi-Series Fund, LP | 200,000.00 | 30% | 0.00% | 199.80 | 0.00% | 89.91 | 289.70 |
| Equity | C | Ozcar Multi-Strategies, LLC Class C#1 FBO Joe Umbach | 10,091,689.28 | 30% | 0.05% | 10,081.42 | 0.10% | 4,536.64 | 14,618.06 |
| Equity | C | Thomas Sandlow | 268,138.00 | 30% | 0.00% | 267.87 | 0.00% | 120.54 | 388.40 |
| | **C** | **CATEGORY "C" - EQUITY WITH REDEMPTION REQUEST PRE-BANKRUPTCY** | **60,243,866.44** | | **0.30%** | **60,182.58** | **0.60%** | **27,082.16** | **87,264.74** |
| Equity | D | Aegis Capital Fund, LLC | 3,000,000.00 | 15% | 0.01% | 1,498.47 | 0.01% | 674.31 | 2,172.79 |
| Equity | D | Deutsche Bank (Cayman) Limited as custodian for ZLP Domestic Investments, LP | 3,000,000.00 | 15% | 0.01% | 1,498.47 | 0.01% | 674.31 | 2,172.79 |
| Equity | D | Frank Carruth III | 17,829.38 | 15% | 0.00% | 8.91 | 0.00% | 4.01 | 12.91 |
| Equity | D | Judith Ellen Goldsmith | 300,000.00 | 15% | 0.00% | 149.85 | 0.00% | 67.43 | 217.28 |
| Equity | D | Nancy Caryl Mishkin | 200,000.00 | 15% | 0.00% | 99.90 | 0.00% | 44.95 | 144.85 |
| Equity | D | Oasis Absolute Return Fund, LP | 600,000.00 | 15% | 0.00% | 299.69 | 0.00% | 134.86 | 434.56 |
| Equity | D | Pemco Partners, LP | 3,000,000.00 | 15% | 0.01% | 1,498.47 | 0.01% | 674.31 | 2,172.79 |
| Equity | D | Quantum Hedge Strategies Fund | 1,500,000.00 | 15% | 0.00% | 749.24 | 0.01% | 337.16 | 1,086.39 |
| Equity | D | The Gantcher Group | 201,502.20 | 15% | 0.00% | 100.65 | 0.00% | 45.29 | 145.94 |
| Equity | D | Theodore Goldsmith | 350,000.00 | 15% | 0.00% | 174.82 | 0.00% | 78.67 | 253.49 |
| | **D** | **CATEGORY "D" - ALLOWED EQUITY INTERESTS (NET INVESTMENT AMOUNT)** | **12,169,331.58** | | **0.03%** | **6,078.48** | **0.06%** | **2,735.31** | **8,813.79** |
| | **Grand Total** | **GRAND TOTAL - ALLOWED CLAIMS/INTERESTS** | **$ 863,621,541.83** | | **100.00%** | **$ 20,000,000.00** | **100.00%** | **$ 4,500,000.00** | **$ 24,500,000.00** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

PALM BEACH FINANCE PARTNERS, L.P.,     CASE NO. 09-36379-EPK
PALM BEACH FINANCE II, L.P.,           CASE NO. 09-36396-EPK
                                       (Jointly Administered)

     Debtors.

_____/

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO APPROVE**
**FIRST INTERIM DISTRIBUTION IN PALM BEACH FINANCE II, L.P.**

THIS CAUSE came before the Court on _____, at _____ __.m. upon the

Liquidating Trustee's Motion to Approve First Interim Distribution in Palm Beach Finance ii,

L.P. [ECF No. ____] (the "*Motion*"). The Court having reviewed the Motion, the Court file, and

based upon the reasons set forth on the record which are incorporated here by reference, it is

ORDERS as follows:

1.     The Motion is GRANTED.

2.     The First Interim Distribution in Palm Beach Finance II, L.P. as described in the

Motion and in the amounts set forth in Exhibit B attached thereto is APPROVED.

1

EXHIBIT C

3.      Claimants entitled to receive a distribution must fully execute and return an IRS Form W-9, Request for Taxpayer Identification Number (TIN) and Certification and provide a payment address to the Liquidating Trustee, as more fully set forth in the Motion.

4.      The Liquidating Trustee is authorized to reserve distributions to any claimants pending receipt of the items set forth in paragraph 3 above.

5.      Pursuant to Article 9.4 of the confirmed Plan of Liquidation, No *De Minimis* Distributions, other than in the Final Distribution, no payment of Cash in an amount of less than $250.00 shall be required to be made on account of any Allowed Claim.

6.      Pursuant to Article 9.6 of the confirmed Plan of Liquidation, Undeliverable Distributions, if the distribution check to any holder of an Allowed Claim or Interest is not cashed within 90 days after issuance by the Liquidating Trustee, a stop payment order shall be given with respect to the check and no further distributions shall be made to such holder on account of such Allowed Claim or Interest. Such Allowed Claim or Interest shall be discharged and the holder of such Allowed Claim or Interest shall be forever barred from asserting such Claim against the Liquidating Trusts, the Liquidating Trustee, the Debtors, their Estates or their respective property. In such cases, any Cash held for distribution on account of such Claim shall

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

remain property of the respective Liquidating Trust and be distributed to other Creditors in accordance with the terms of this Plan and the Liquidating Trust Agreements.

###

**Submitted By:**
Peter D. Russin, Esquire
Florida Bar No. 765902
prussin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Counsel for the Liquidating Trustee*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:     (305) 358-6363
Telefax:          (305) 358-1221

**Copies Furnished To:**
Peter D. Russin, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

## Mailing Information for Case 09-36379-EPK

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Melissa Alagna**    mma@gordichalagna.com, lag@gordichalagna.com
- **Vincent F Alexander**    vfa@kttlaw.com, lf@kttlaw.com
- **Keith T Appleby**    kappleby@bankerlopez.com, service-kappleby@bankerlopez.com
- **Paul A Avron**    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mday@bergersingerman.com
- **Scott L. Baena**    sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Marc P Barmat**    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com
- **Rachel K Beige**    rachel.beige@csklegal.com, joseph.valdivia@csklegal.com
- **Sean M. Berkowitz**    sean.berkowitz@lw.com,
  chefiling@lw.com;roger.schwartz@lw.com;russell.mangas@lw.com;robert.malionek@lw.com;megan.fitzpatrick@lw.com;barbara.pipchok@lw.com;alicia.davis@lw.com;julia
- **Steven M Berman**    sberman@slk-law.com, bgoodall@slk-law.com
- **Mark D. Bloom**    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- **Ira Bodenstein**    ibodenstein@shawgussis.com
- **Noel R Boeke**    noel.boeke@hklaw.com, wendysue.henry@hklaw.com
- **Michael S Budwick**    mbudwick@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Michael S Budwick**    mbudwick@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Dennis M. Campbell**    dcampbell@campbelllawfirm.net, gschmied@campbelllawfirm.net
- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com,
  efileu1092@gmlaw.com;efileu1089@gmlaw.com;melissa.bird@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gm
- **Francis L. Carter**    flc@flcarterpa.com
- **Francis L. Carter**    flc@katzbarron.com
- **Francis L. Carter**    flc@katzbarron.com
- **Lisa M. Castellano**    lcastellano@bplegal.com, kmurphy@bplegal.com;kpacifico@bplegal.com
- **Helen Davis Chaitman**    , jgorchkova@beckerny.com;lblanco@beckerny.com;cdavis@beckerny.com
- **Helen Davis Chaitman**    hchaitman@beckerny.com, jgorchkova@beckerny.com;lblanco@beckerny.com;cdavis@beckerny.com
- **Franck D Chantayan**    franck@chantayan.com
- **Daniel DeSouza**    ddesouza@desouzalaw.com
- **John R. Dodd**    doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
- **John D Eaton**    jeaton@shawde-eaton.com, sramirez@shawde-eaton.com
- **C Craig Eller**    celler@broadandcassel.com
- **Darren D. Farfante**    darren.farfante@bipc.com, Denise.Strand@bipc.com
- **Dyanne E Feinberg**    def@kttlaw.com, hst@kttlaw.com;gam@kttlaw.com;ems@kttlaw.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    jfeldman@pbyalaw.com, eservicemia@pbyalaw.com
- **G Steven Fender**    efileu1113@gmlaw.com,
  efileu1094@gmlaw.com;efileu1092@gmlaw.com;leslie.marder@gmlaw.com;efileu1435@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;gregory.stolzberg@g
- **Robert G Fracasso Jr**    rfracasso@shutts.com, fsantelices@shutts.com
- **Robert C Furr**    mortman@furrcohen.com, atty_furrcohen@bluestylus.com
- **Solomon B Genet**    sgenet@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;sgenet@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **John H Genovese**    jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com
- **Daniel L. Gold**    dgold@goldbergsegalla.com, mmartinez@goldbergsegalla.com
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Lawrence Gordich**    LAG@gordichalagna.com, mma@gordichalagna.com
- **Gregory S Grossman**    ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com
- **Scott M. Grossman**    grossmansm@gtlaw.com, scottla@gtlaw.com;MiaLitDock@gtlaw.com;FTLLitDock@GTLaw.com;miaecfbky@gtlaw.com
- **Matthew W Hamilton**    e-notice@fulcruminv.com
- **Zachary N James**    zjames@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;zjames@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Karl J. Johnson**    , jsamples@hjlawfirm.com
- **Kenneth M Jones**    kjones@moodyjones.com
- **Michael A Kaufman**    michael@mkaufmanpa.com, diamondmk@aol.com;kaufmanesq@gmail.com;glebron@mkaufmanpa.com;gstolzberg@mkaufmanpa.com
- **Stephen J Kolski Jr**    stevekolski@skolskilaw.com, jessica@skolskilaw.com
- **Harris J. Koroglu**    hkoroglu@shutts.com, fsantelices@shutts.com
- **James A Lodoen**    jlodoen@lindquist.com, ghildahl@lindquist.com
- **Corali Lopez-Castro**    clc@kttlaw.com, rcp@kttlaw.com
- **David S Mandel**    dmandel@mandel-law.com, susan@mandel-law.com
- **Joshua A Marcus**    jmarcus@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Joshua A Marcus**    jmarcus@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Aleida Martinez Molina**    amartinez@wsh-law.com, jfuentes@wsh-law.com
- **Paul J McMahon**    pjm@pjmlawmiami.com
- **Brian M Mckell**    brian.mckell@wilsonelser.com, lourdes.riestra@wilsonelser.com
- **Thomas M. Messana**    tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-
  law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;mwslawfirm@gmail.com;cbroussard@messana-law.com
- **Yvonne F Mizusawa**    yvonne.f.mizusawa@frb.gov
- **James C. Moon**    jmoon@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Patrick M Mosley**    pmosley@hwhlaw.com, telam@hwhlaw.com
- **Barry E Mukamal**    bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- **Barry E Mukamal**    bankruptcy@marcumllp.com, FL64@ecfcbis.com
- **Barry E. Mukamal**    bemtrustee@kapilamukamal.com
- **David J Myers**    myers@fsblegal.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Leslie S. Osborne**    office@rorlawfirm.com, 4275819420@filings.docketbird.com
- **Kristopher E Pearson**    kpearson@stearnsweaver.com, rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com
- **Jennifer H Pinder**    Jennifer.pinder@myfloridalegal.com, zivile.rimkevicius@myfloridalegal.com;angela.godbey@myfloridalegal.com

EXHIBIT 1

- **Leanne McKnight Prendergast**    Leanne.Prendergast@fisherbroyles.com, patricia.fugee@fisherbroyles.com
- **Chad P Pugatch**    cpugatch.ecf@rprslaw.com
- **Cristopher S Rapp**    csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com
- **Kenneth B Robinson**    krobinson.ecf@rprslaw.com
- **Joseph Rodowicz**    bankruptcy@rodowiczlaw.com, rodowiczlaw@gmail.com
- **Robin J. Rubens**    rjr@lklsg.com, esf@lklsg.com
- **Peter D. Russin**    prussin@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Luis Salazar**    Luis@Salazar.Law, Aguilar@Salazar.Law;Cabrera@Salazar.Law;Davila@Salazar.Law;Lee-Sin@Salazar.Law
- **Franklin H Sato**    fsato@wickersmith.com, alazaro@wickersmith.com
- **Bradley M Saxton**    bsaxton@whww.com, scolgan@whww.com;rweinman@whww.com;dfarias@whww.com;dfarias@ecf.courtdrive.com
- **Michael L Schuster**    mschust@gmail.com, gjbecf@gjb-law.com;mchang@gjb-law.com;chopkins@gjb-law.com;ekelly@gjb-law.com
- **Patrick S. Scott**    patrick.scott@gray-robinson.com
- **Michael D. Seese**    mseese@seeselaw.com, sseward@seeselaw.com
- **Steven E Seward**    steven.seward@gmail.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;scusack@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;ematteo@slp.law
- **Paul Steven Singerman**    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Jeffrey I. Snyder**    jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **James S Telepman**    jst@fcohenlaw.com
- **Charles W Throckmorton**    cwt@kttlaw.com, lf@kttlaw.com;ycc@kttlaw.com
- **Charles W Throckmorton**    cwt@kttlaw.com, lf@kttlaw.com;ycc@kttlaw.com
- **Trustee Services Inc 2**    court@trusteeservices.biz, sandirose.magder@gmail.com
- **Skipper J Vine**    jonathan.vine@csklegal.com, jake.goodman@csklegal.com;leslie.vargo@csklegal.com;denise.allwine@csklegal.com
- **Skipper J Vine**    jonathan.vine@csklegal.com, jake.goodman@csklegal.com;leslie.vargo@csklegal.com;denise.allwine@csklegal.com
- **Joseph Wasserkrug**    jwasserkrug@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jwasserkrug@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Jessica L Wasserstrom**    jwasserstrom@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jwasserstrom@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Jessica L Wasserstrom**    jwasserstrom@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jwasserstrom@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Morris D. Weiss**    morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
- **George L. Zinkler**    gzinkler.ecf@rprslaw.com

**Manual Notice List for both cases: 09-36379 and 09-36396 – Updated December 7, 2017**

Michael B Apfeld
780 North Water Street
Milwaukee, WI 53202

Steven Thomas
14 27th Ave
Venice, CA 90291

John B Berringer
599 Lexington Ave 22nd Fl
New York, NY 10022

Debra Bogo-Ernst
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

Sean O'D. Bosack
Godfrey & Kahn
833 E Michigan Street, Ste 1800
Milwaukee, WI 53202

Carl D. Ciochon
Wendel, RRosen, Black & Dean
1111 Broadway, 24th Floor
Oakland, CA 94607

Alicia C. Davis
Latham & Watkins LLP
330 N Wabash Ave #2800
Chicago, IL 60611

Andrew Davis
150 S Fifth St. #2300
Minneapolis, MN 55402

Gregory W. Deckert
Deckert & Van Loh, P.A.
12912 63rd Avenue North
Maple Grove, MN 55369

Mary Sue Donohue
5355 Town Center Rd #801
Boca Raton, FL 33486

Gonzalo R Dorta
334 Minorca Ave
Coral Gables, FL 33134

Edward J. Estrada
Reed Smith
599 Lexington Ave 22 Flr
New York, NY 10022

William A. Evanoff
Sidley Austin LLLP
One South Dearborn
Chicago, Illinois 60603

Evan K. Farber
Reed Smith
599 Lexington Ave 22nd Fl
New York, NY 10022

Michael B. Fisco
Faegre Baker Daniels
2200 Wells Fargo Center
90 S 7th St #2200
Minneapolis, MN 55402

Megan C. Fitzpatrick
Latham && Watkins LLP
330 N Wabash Ave #2800
Chicago, IL 60611

John Harper III
Messerli & Kramer, P.A.
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402

Jonathan R. Ingrisano
Godfrey & Kahn
833 E Michigan Street, Ste 1800
Milwaukee, WI 53202

Matthew B Kaplan
1100 New York Ave, NW #500
Washington, DC 20005

John B. Kent
Marks Gray, P.A.
1200 Riverplace Blvd., Ste 800
Jacksonville, FL 32207

Steven Thomas
14 27th Ave
Venice, CA 90291

John L. Kirtley
Godfrey & Kahn
833 E Michigan Street, Ste 1800
Milwaukee, WI 53202

Bryan Krakauer
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Roger G. Schwartz
Latham & Watkins LLP
885 Third Ave
New York, NY 10022-4834

Robert T. Kugler
150 S Fifth St. #2300
Minneapolis, MN 55402

Lucia Nale
Mayer Brown LLP
71 S Wacker Drive
Chicago, IL 60606

COMPOSITE EXHIBIT 2

Label Matrix for local noticing
113C-9
Case 09-36379-EPK                    NNR
Southern District of Florida
West Palm Beach
Fri Sep  1 10:30:16 EDT 2017

Ashton Revocable Living Trust
c/o Helen Chaitman
45 Broadway                          NEF
New York, NY 10006-3007

BMO Harris Bank, N.A.
c/o Charles W. Throckmorton
2525 Ponce de Leon                   NEF
9th Floor
Coral Gables, FL 33134-6039

Blackpool Absolute Return Fund, LLC
c/o Douglas Ralston
3633 Driftwood Drive
Long Grove, IL 60047-5235

Blackpool Partners, LLC
c/o Douglas Ralston
3633 Driftwood Drive
Long Grove, IL 60047-5235

Calhoun Multi-Series Fund, L.P.
c/o Transcontinental Fund Administrator
11 South LaSalle #1730               PBFP
Suite 300
Chicago, IL 60603-1204

Crown Financial Ministries, Inc.
c/o Timothy M. Obitts, Esq.
Gammon & Grange, P.C.
8280 Greensboro Dr., 7th Floor
McLean, VA 22102-3885

Douglas A. Kelly, Chapter 11 Trustee
c/o Bradley M. Saxton
PO Box 1391                          NEF
Orlando, FL 32802-1391

Father's Heart-A Ranch for Children Inc
Shumaker, Loop, & Kendrick, LLP
101 E. Kennedy Blvd
Suite 2800
Tampa, Fl 33602-5153

First Baptist Church of Tequesta, Inc.
c/o Roberto M. Vargas, Esq.
Jones Foster Johnston & Stubbs, P.A.
505 S. Flagler Drive
Suite 1100
West Palm Beach, FL 33401-5950

Fulcrum Credit Partners LLC
c/o Matthew W Hamilton
111 Congress Ave #2550               NEF
Austin, TX 78701-4044

General Electric Capital Corporation
c/o Patricia A. Redmond, Esq.
Stearns Weaver Miller, et al          NEF
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130-1536

General Electric Credit Corporation
c/o Patricia A. Redmond
Stearns Weaver Miller                NEF
150 W. Flagler St., #2200
Miami, FL 33130-1545

Geoff Varga, as Liquidating Trust Monitor fo
Levine Kellogg, et al. c/o RobinJRubens
201 S. Biscayne Blvd., 34th Floor    NEF
Miami, FL 33131-4332

Geoff Varga, as Liquidator
c/o Robin Rubens
201 S Biscayne Blvd 34 Fl            NEF
Miami, FL 33131-4332

Golden Gate VP Absolute Return Fund, LP
H. Thomas Halen III, President
1750 Montgomery St, First Floor      NEF
San Francisco, CA 94111-1000

Golden Sun Capital Management, LLC
c/o Michael L. Schuster, Esq.
100 SE 2nd Street                    NEF
Suite 4400
Miami, f 33131-2118

HSBC USA, INC
c/o Franck D. Chantayan
Carlton Fields, P.A.                 NEF
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401-6350

JDFF Master Fund, LP
c/o Patrick M. Mosley
Hill Ward Henderson PA               NEF
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

KBC Financial Products (Cayman Islands) Ltd.

INC

Kaufman Rossin, P.A.
c/o Daniel L. Gold
100 Southeast Second St #3800        NEF
Miami, FL 33131-2126

Kaufman, Rossin & Co.
c/o Rice Pugatch Robinson & Schiller
101 NE 3rd Avenue                    NEF
Suite1800
Fort Lauderdale, FL 33301-1162

Kinetic Partners (Cayman) Ltd
c/o Robin Rubens Esq. at LKLSG
201 S. Biscayne Blvd., 22 FL         NEF
Miami, FL 33131-4338

Levine Kellogg Lehman Schneider & Grossman L
LKLSG c/o Robin Rubens
201 S. Biscayne Blvd., 34th Fl       NEF
Miami, FL 33131-4332

M&I Marshall & Ilsley Bank
c/o Charles W. Throckmorton
2525 Ponce de Leon                   NEF
9th Floor
Coral Gables, FL 33134-6039

MIO Partners Inc
c/o Robin E Keller Esq
590 Madison Ave                      DUP
New York, NY 10022-2524

Minnesota Teen Challenge, Inc.
c/o
Paul Joseph McMahon, P.A.            NEF
Miami, FL 33129 US

Mosaic Fund, L.P.
c/o Kristopher E. Pearson
Stearns Weaver Miller                NEF
150 W. Flagler St.
Ste. 2200
Miami, FL 33130-1545

Palm Beach Finance II, L.P.
3601 PGA Blvd                        NNR
Suite 301
Palm Beach Gardens, FL 33410-2712

Palm Beach Finance Partners, L.P.
3601 PGA Blvd                        NNR
Suite 301
Palm Beach Gardens, FL 33410-2712

COMPOSITE EXHIBIT 3

Prison Fellowship Ministries, Inc.
c/o Timothy M. Obitts, Esq.
Gammon & Grange, P.C.
8280 Greensboro Dr., 7th Floor
McLean, VA 22102-3885

Raymond G. Feldman Family Ventures, L.P.
c/o of Richard Feldman
4644 Balboa Ave.
Encino, CA 91316-4105

Reed Smith LLP
599 Lexington Ave 22 Flr
New York, NY 10022-7650

Reed Smith LLP
c/o Sequor Law, P.A.
1001 Brickell Bay Drive
9th Floor
Miami, FL 33131-4937

SCALL, LLC
c/o Edward Toptani, Esq.
127 East 59th Street
New York, NY 10022-1225

Sali Multi-Series Fund, LP
6850 Austin Center Blvd Ste 300
Austin, TX 78731-3132

Sims Moss Kline & Davis, LLP
Davis Gillett Mottern & Sims LLC
c/o Jerry L Sims          DUP
Promenade #2445
1230 Peachtree St NE
Atlanta, GA 30309-3574

Sky Bell Select, LP
c/o Thomas M. Messana          NEF
401 East Las Olas Blvd #1400
Ft. Lauderdale, FL 33301-2218

Sumnicht Money Masters Fund I Liquidating Tr
Custodian & Trustee, National Advisors
8717 W. 110th St #700
Suite 300          BAD
Overland Park, KS 66210-2103

Sumnicht Money Masters Fund LP
Sumnicht Hedge Fund Advisors, LLC
c/o Vern Sumnicht
W6240 Communication Court
Appleton, WI 54914-8549

The Christensen Group, Inc.
Wicker Smith O'Hara McCoy & Ford, P
515 North Flagler Drive
Suite 1600
West Palm Beach, FL 33401-4346

Thomas J. Ginley Life Ins. Trust Dated 1-22-
6650 N. Tower Circle Drive
Lincolnwood, Il 60712-3218

Toledo Fund, LLC
c/o Edward Toptani, Esq.
127 East 59th Street
New York, NY 10022-1225

Trustee Services Inc 2
Ken Welt          NEF
3790 N 28 Tr
Hollywood, FL 33020-1112

West Capital Management
c/o Simon B. Paris
1 Liberty Pl 52 FL
1650 Market St
Philadelphia, PA 19103-7301

ZCALL, LLC
c/o Edward Toptani, Esq.
127 East 59th Street
New York, NY 10022-1225

Agile Safety Fund (International)
730 17th Street
Suite 550
Denver, CO 80202-3539

Agile Safety Fund (Master Fund)
730 17th Street
Suite 550
Denver, CO 80202-3539

Agile Safety Variable Fund, L.P.
730 17th Street
Suite 550
Denver, CO 80202-3539

Albert Liguori
16590 Crownsbury Way, #201
Ft. Myers, FL 33908-5695

Alton Opitz
144 Newhaven Ln
Butler, PA 16001-7910

Amy Davenport
3 Greenwich Dr
Midland, TX 79705-6418

Amy Davenport
POB 3511
Midland, TX 79702-3511

Armadillo Fund
40 Random Farms Cir
Chappaqua, NY 10514-1000

BTA Oil Producers
104 S Pecos St
Midland, TX 79701-5099

Barry Beal
104 S Pecos St
Midland, TX 79701-5021

BayRoc Associates
c/o JamiScott
15 W 53rd St. #24-B
New York, NY 10019-5401

Beacon Partners, Ltd
3030 McKinney Ave, #305
Dallas, TX 75204-7472

Beal Family Trust FBO Kelly S Beal
104 S Pecos St
Midland, TX 79701-5021

Beal GST Exemption Trust
104 S Pecos St
Midland, TX 79701-5021

Blackpool Absolute Return Fund, LLC
c/o John E. Page, Esquire      N-WD
Shraiberg, Ferrara & Landau, P.A.
2385 N.W. Executive Center Drive, Suite
Boca Raton, Florida 33431-8579

Bruce Prevost #15810-041
9595 W Quincy Ave
Littleton, CO 80123-1159

Calhoun Multi-Series Fund, L.P.
c/o Transcontinental Fund Administrator
33 N. LaSalle Street #2210
Chicago, IL 60602-3848

Cannonball Funds/Globefin Asset Manageme
PO Box 218
Wickatunk, NJ 07765-0218

Carlton Beal Family Trust FBO Barry Beal
104 S Pecos St
Midland, TX 79701-5021

Christopher J Topolewski, West Capital Manag
c/o Simon B. Paris
1 Liberty Pl 52 FL
1650 Market St
Philadelphia, PA 19103-7301

Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005-3964
Attn: Andrew N. Friedman, Esq.

Compass Special Situations Fund LP
c/o Robin E. Keller, Esq.
Hogan Lovells US LLP
875 Third Ave
New York, NY 10022-7222

David W Harrold
RRM Miami              BAD
Residential ReEntry Office
401 N Miami Avenue
Miami, FL 33128-1830

Davis Gillett Mottern & Sims LLC
c/o Bob Mottern-Sky Bell
1230 Peachtree St NE Ste 2445
Atlanta, GA  30309-7500

Deer Island, LP
c/o Jonathan Spring
4 Nason Hill Lane
Sherborn, MA 01770-1281

Dennis Dobrinich
3860 Dogwood Ave
Palm Beach Gardens, FL 33410-4755

Douglas A. Kelley, Chapter 11 Trustee
Attn: James A. Rubenstein, Esq.
Moss and Barnett
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402-4129

Douglas A. Kelley, Chapter 11 Trustee
Attn: Terrence J. Fleming, Esq.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100

Father's Heart Family Foundation Inc. (
5155 W Quincy Ave E 102
Denver, CO 80236-3255

Frank Vennes #05123-059
FPC Butner
POB 1000
Butner, NC 27509-1000

Freestone Capital Management, Inc
701 Fifth Ave 74th Floor
Seattle, WA 98104-7016

Fulbright & Jaworski
Norton Rose Fulbright US LLP
RBC Plaza
60 South Sixth St #3100
Minneapolis, MN 55402-1114

George & Nancy Slain
1517 Conifer Ridge Lane
Prescott, AZ 86303-4946

George Novograder
875 N MIchigan Ave #3612
Chicago, IL 60611-1947

Gillett Mottern and Walker, LLP
1230 Peachtree St. NE #2445      DUP
Atlanta, GA 30309
At. Bob Mottern - Sky Bell
Pete L DeMahy, Esquire 30309-7500

Golden Gate VP Absolute Return Fund, LP
c/o Michael J Cordone, Esq
2600 One Commerce Square
Philadelphia, PA 19103-7018

Golden Sun Capital Management
Attn: Solomon Halpern
885 Arapahoe Ave
Bolder, CO 80302-6011

Golden Sun Multi-Manager Fund
ATTN: Paul Flynn (Old Hill Partners)
1120 Post Rd.
Darien, CT 06820-5447

Guy M. Hohmann, Esq.
100 Congress AVe      BAD
18th Floor
Austin, TX 78701-4042

HSBC USA, Inc.
c/o Franck D. Chantayan      NEF
Carlton Fields, PA
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401-6350

Holland & Knight, LLP
701 Brickell Ave
Suite 3000
Attn: Mitchell Herr
Miami, FL 33131-2847

JamiScott
c/o Leonard & Lillian Schneider
15 W 53rd St #24-B
New York, NY 10019-5401

JamiScott LLC
15 W 53rd St #24-B
New York, NY 10019-5401

Janet Bonebrake
13956 San Pablo Ave., Apt. 336
San Pablo, CA  94806-5304

Janette Bancroft
c/o Kurt G. Bancroft
9052 SW 103 Ave
Ocala, FL 34481-8230

John Bergman
c/o Erika L. Morabito, Esq.
Foley k Lardner LLP
3000 K St NW, Ste 600
Washington, DC 20007-5111

John Daniel
225 Wellington Lane
Cape Girardeau, MO 63701-9540

Judith Goldsmith
3 Water Ln
Manhasset, NY 11030-1021

K&K Capital Management, Inc.
8701 N. Merrill St
Niles, IL 60714-1922

KBC Finance Products (Cayman Islands) Ltd.
111 Old Broad Street
London, England
EC2N 1FP

Kaufman Rossin & Co.
2699 S Bayshore Dr
Miami, FL 33133-5486

Keleen H. Beal Estate
104 S Pecos St
Midland, TX 79701-5021

Kelly Beal
104 S Pecos St
Midland, TX 79701-5021

LAB Investments Fund, LP
ATTN: Larry Bowman
P.O. Box 620234
Woodside, CA 94062-0234

Leslie Schneider
c/o JamiScott
15 W 53rd St., #24-B
New York, NY 10019-5401

Lewis B. Freeman & Partners, Inc.
c/o Kenneth A. Welt, Receiver          NEF
1776 North Pine Island Road
Suite 101
Plantation, Florida 33322-5200

Lionheart LP
by and through David A, Kite, Agent
160 N Wacker Dr, 4th Fl
Chicago, IL 60606-1566

Lynda Beal
104 S Pecos St
Midland, TX 79701-5021

M. Lee Toothman
216 Barbados Dr
Jupiter, FL 33458-2917

MB Investments, LLC
1 N Franklin St #625
Chicago, IL 60606-3532

MIO Partners Inc
Attn: Casey S Lipscomb
Vice President-Legal and Secretary
245 Park Ave 13 Flr
New York, NY 10167-2300

Marder Investment Advisors Corp.
8033 Sunset Blvd, #830
Los Angeles, CA 90046-2401

Mark Prevost
2372 Hidden Ridge Ln
Jasper, AL 35504-7268

Martin Casdagli
554 E Coronado Rd
Santa Fe, NM 87505-0347

McKinsey Master Retirement Trust
c/o Robin E. Keller, Esq.
Hogan Lovells US LLP
875 Third Ave
New York, NY 10022-7222

Mosaic Capital Fund LLC
c/o Philadelphia Financial
Attn.: John P Reilly
One Liberty Place
1650 Market St 54th Place
Philadelphia, PA  19103-7309

Nancy Beal
104 S Pecos St
Midland, TX 79701-5021

Nancy Dobrinich
3860 Dogwood Ave
Palm Beach Gardens, FL 33410-4755

Nancy Hollingsworth
30777 Riverside Ln
Trappe, MD 21673-1798

NetWide Capital LLC
P.O. Box 957
Boulder, CO 80306-0957

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204          NEF
Miami, FL 33130-1614

Palm Beach Finance Holdings, Inc.
c/o Lindquist & Vennum, PLLP
80 South Eighth Street, Ste 4200
Minneapolis, MN 55402-2223

Palm Beach Offshore II, Ltd
Admiral Financial Center, 5th Floor
90 Fort Street, PO Box 32021
Grand Cayman KY - 1208
Cayman Islands

Palm Beach Offshore LTD
Anchorage Centre, 2nd Floor
PO Box 32021 SMB
Grand Cayman, Cayman Islands

Pemco Partners, LP
8 Lyman St, #204
Westborough, MA 01581-1487

Petters Company, Inc.
c/o Lindquist & Vennum, PLLP
80 South Eighth St, Ste 4200
Minneapolis, MN 55402-2223

Prateek Mehrotra, CFA, CAIA
Sumnicht & Associates
W6240 Communication Ct, #1
Appleton, WI 54914-8549

Randall Linkous
1174 SW 27 Ave
Boynton Beach, FL 33426-7824

Robert Davenport
POB 3511
Midland, TX 79702-3511

Robert Davenport, Jr
104 S Pecos St
Midland, TX 79701-5021

Ron Priestley
5565 N Espina Rd
Tuscon, AZ 85718-5101

Ronald R. Peterson
Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654-5474

Ronald R. Peterson          DUP
c/ Wilkie Farr & Gallagher, LLP
Attn: Michael S. Schachter, Esq.
787 Seventh Ave
New York, NY 10019-6099

Ronald R. Peterson
c/o McDermott Will & Emery, LLP
Attn: Lazar P. Raynal, Esq.
227 West Monroe Street
Chicago, IL 60606-5058

SALI Fund Services, LLC
6850 Austin Center St #300
Austin, TX 78731-3132

SBL-DIF
c/o Robin E. Keller, Esq.
Hogan Lovells US LLP
875 Third Ave
New York, NY 10022-7222

SSR Capital Partners, LP          N-WD
c/o R. James George, Jr., Esq
114 W 7th St #1100
Austin, TX 78701-3015

SSR Capital Partners, LP          N-WD
c/o R. James George, Jr., Esq.
114 W. Seventh Street
Suite 1100
Austin, TX 78701-3015

Sage Capital Resources
3006 Julia St W, Unit A
Tampa, FL 33629-8809

Sandra Linkous
1174 SW 27 Ave
Boynton Beach, FL 33426-7824

Sarah Stroebel, Snr Corp Counsel
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402-2511

Scott Schneider
c/o JamiScott
15 W 53rd St, #24-B
New York, NY 10019-5401

Special Situations Investment Fund, LP
c/o Robin Keller, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-7222

Spencer Beal
104 S Pecos St
Midland, TX 79701-5021

Spencer Evans Beal Family Trust
104 S Pecos St
Midland, TX 79701-5021

Spring Investor Services Inc.
4 Nason Hill Lane
Sherborn, MA 01770-1281

Spring Investor Services Inc.
By Agent, Philip J. Davis, CPA
50 Congress St, Ste 330
Boston, MA 02109-4062

Sterling Management Inc.
c/o Dave Engstrom
14 Basswood Dr
Santa Rosa Beach, FL 32459-4366

Steven Feder
730 17th Street
Suite 550
Denver, CO 80202-3539

Strategic Stable Return Fund (ID), LP
c/o CVP SPV LLC
Attn: General Counsel
49 W Putnam Ave
Greenwich, CT 06830-5328

Strategic Stable Return Fund II, LP
c/o CVP SPV LLC
Attn: General Counsel
49 W Putnam Ave
Greenwich, CT 06830-5328

Sumnicht Money Masters Fund I
Liquidating Trust I
Cust/Ttee Nat'l Advisors Trust Co
800 E 101st Ter Ste 300
Kansas City, MO 64131-5309

Sumnicht Money Masters Fund I
Liquidating Trust I
c/o John E. Page          N-WD
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Sumnicht Money Masters Fund, LP
c/o John E. Page, Esquire
Shraiberg Ferrara & Landau PA          N-WD
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Table Mountain Capital, LLC
1035 Pearl St. #400
Boulder, CO 80302-5127

Ted Goldsmith
3 Water Ln
Manhasset, NY 11030-1021

The Beal Trust U/A 4/17/68
104 S Pecos St
Midland, TX 79701-5021


Tradex Global Advisors
35 Mason St, 4th Fl
Greenwich, CT 06830-5433

U.S. Bank National Association
c/o Richard G. Wilson, Esq.
Maslon Edelman Borman & Brand LLP
90 S 7th Street, Suite 3300
Minneapolis, MN 55402-4104

VAS Partners, LLC
Attn: Vincent P Allegra
4401 W Roosevelt Rd
Hillside, IL 60162-2031


Vincent Allegra
449 S Evergreen St
Bensenville, IL 60106-2505

West Capital Management
1818 Market St, #3323
Philadelphia, PA 19103-3655

Wilbur Hobgood
2189 Radnor Ct
North Palm Beach, FL 33408-2157


Barry Mukamal CPA                NEF
1 SW  3 Ave, Ste 2150
Miami, FL 33131

Barry E Mukamal
1 SE 3 Avenue Ste 2150           NEF
Box 158
Miami, FL 33131-1716

Barry E. Mukamal                 NEF
1 SE 3 Ave. Ste 2150
Miami, FL 33131-1716


Barry E. Mukamal                 NEF
1 SE 3rd Ave 10th FL #2150
Miami, FL 33131-1716

Boris Onefater                   NNR
305 Madison Ave #2036
New York, NY 10165-0027

Brett A Stillman                 NNR
PC Doctor
3300 N Palmaire Dr #407
Pombano Beach, FL 33069-4235


Brian Cummins
Champion Legal Graphics and Video   NNR
306 Alcazar Ave #201
Coral Gables, FL 33134-4318

Bruce Prevost                    NEF
c/o Rappaport Osborne & Rappaport PL
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Carolyn Robbins Manley           NNR
Carolyn Robbins Jury Simulations, Inc
1933 S Oak Haven Cir
North Miami Beach, FL 33179-2834


Catherine A Ghiglieri
Ghiglieri & Company
2300 Cypress Point West          NNR
Austin, TX 78746-7117

Chad P. Pugatch
RPRS, PA                         NEF
101 NE 3rd Ave., #1800
Ft. Laud., FL 33301-1252

Christopher Flynn                NEF
c/o Charles W. Throckmorton
2525 Ponce de Leon
9th Floor
Coral Gables, FL 33134-6039


Christopher Laursen              NNR
National Economic Research Associates,
1255 23rd St NW
Washington, DC 20037-1169

Daniel N. Rosen                  NNR
300 Avenue North #200
Minneapolis, MN 55425-5527

David Harrold                    NEF
c/o Rappaport Osborne & Rappaport, PL
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848


Elliot B Kula
Kula & Samson, LLP               NNR
17501 Biscayne Blvd
Aventura, FL 33160-4804

Eric Rubin                       NNR
6861 SW 196 Ave #201
Ft. Lauderdale, FL 33332-1658

Gerard A McHale, Jr              NNR
1601 Jackson St #200
Ft Myers, FL 33901-2968


Harley Tropin                    NNR
2525 Ponce de Leon, 9 Fl
Miami, FL 33134

Hubert Thomas Wilkins III
Robert Hughes Associates, Inc    NNR
508 Twilight Trail #200
Richardson, TX 75080-8100

Ira H Holt Jr
Analytic Focus, LLC              NNR
11467 Huebner Rd, #4200
San Antonio, TX 78230-1075

James S. Feltman            NNR
600 Brickell Ave #2525
Miami, FL 33131-3082

Jay P Tarshis              NNR
Arnstein & Lehr LLP
120 S. Riverside Plaza #1200
Chicago, IL 60606-3910

Jeffrey H Sloman           NNR
1 SE Third Ave #1820
Miami, FL 33131-1704

Jerome M Hesch             NNR
21113 NE 38 Ave
Aventura, FL 33180-4021

John Daniel
c/o Patrick M. Mosley
Hill Ward Henderson PA
101 E Kennedy Blvd, Suite 3700
Tampa, FL 33602-5195

John D. Eaton              NNR
Rasco Klock Reininger
283 Catalonia Avenue, 2nd Floor
Coral Gables, FL 33134-6712

John H Genovese            NEF
100 SE 2 St Ste 4400
Miami, FL 33131-2118

Jonathan Guy Manning
Campbells Law Firm
Willow House Cricket Sq
POB 884
Grand Cayman KY1-1103 Cayman Islands
George Town

Kenneth A Ralston
c/o Douglas Ralston
3633 Driftwood Drive
Long Grove, IL 60047-5235

Kenneth A Welt             NEF
Trustee Services, Inc.
8255 West Sunrise Boulevard
Suite #177
Plantation, FL 33322-5403

Kevin O'Halloran           NNR
Newbridge Management, LLC
1720 Peachtree St #425N
Atlanta, GA 30309-2449

Leslie Roy Grossman        NNR
9132 Vander Cove
Boynton Beach, FL 33473-4994

Luke Dalchow
c/o Fabian Hoffner
310 4th Ave South
Suite 5010
Minneapolis, MN 55415-1053

Lynn E Turner              NNR
Hemming Morse, LLP
725 S Figueroa St #2950
Los Angeles, CA 90017-5474

Marc Hurwitz               NNR
Crossroads Investigations, Inc.
1835 NE Miami Gardens Dr #547
North Miami Beach, FL 33179-5035

Marie Ashton               NEF
c/o Helen Chaitman
45 Broadway
New York, NY 10006-3007

Michael Lesser             NNR
68 Mountainview Rd
Millburn, NJ 07041-1532

Michael R Slade            NNR
Callaway & Price Inc
1639 Forum Pl #5
West Palm Beach, FL 33401-2330

Michael S Budwick Esq      NEF
200 S Biscayne Blvd # 3200
Miami, FL 33131-5323

Michelle Harrold           NEF
c/o Furr and Cohen, P.A.
2255 Glades Road
Suite 337W
Boca Raton, FL 33431-7379

Nancy B Rapoport           NNR
530 Farrington Court
Las Vegas, NV 89123-0622

Patrick M. Mosley
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

Paul A Avron Esq.
One Town Center Road, Ste. 301   NEF
Boca Raton, FL 33486-1014

Paul Steven Singerman Esq  NEF
1450 Brickell Ave #1900
Miami, FL 33131-3453

Peter Hagan
Berkeley Research Group     NNR
2200 Powell St., Ste. 1200
Emeryville, CA 94608-1833

Richard Painter
7128 Mark Terrace Dr        NNR
Edina, MN 55439-1628

Sharon Brown-Hruska         NNR
National Economic Research Associates
c/o Michael Budwick
Meland Russsin & Budwick P.A.
200 S. Biscayne Blvd, Ste 3200
Miami, FL 33131-5323

Soneet R Kapila
Kapila & Company            NEF
1000 S Federal Hwy #200
Ft. Lauderdale, FL 33316-1237

Stephen Williams
59 Damonte Ranch Pkwy #3360
Reno, NV 89521-1907

Steven Bakaysa
2251 Wigwam Pkwy #1026
Hendesron, NV 89074-6235

Steven I Fried
4400 Bayou Blvd #6
Pensacola, FL 32503-1905

NNR

```
Label Matrix for local noticing        Geoff Varga, as Liquidator              Palm Beach Finance II, L.P.
113C-9                          NNR    c/o Robin J. Rubens              NEF    3601 PGA Blvd                    NNR
Case 09-36396-EPK                      201 S Biscayne Blvd 34 Fl              Suite 301
Southern District of Florida           Miami, FL 33131-4332                   Palm Beach Gardens, FL 33410-2712
West Palm Beach
Fri Sep  1 10:58:03 EDT 2017

US Trust, Co-Trustee of the Maxine B Adler T    ARIS Capital Management        ARIS Multi-Strategy Fund, LP
5200 Town Center Road #500             200 Biscayne Blvd. Way, # 4902  DUP    Aris Capital Management
Boca Raton, FL 33486-1018              Miami, FL 33131-2165                   200 Biscayne Blvd. Way, # 4902
                                                                              Miami, FL 33131-2165


Agile Safety Fund (Master Fund)        Agile Safety Variable Fund, L.P.       Alton Opitz                      PBFP
730 17th Street                 PBFP   730 17th Street                 PBFP   144 Newhaven Ln
Suite 550                              Suite 550                              Butler, PA 16001-7910
Denver, CO 80202-3539                  Denver, CO 80202-3539


Barnett Capital Ltd.                   Barry Beal                      PBFP   BayRoc Associates LLC            PBFP
450 Skokie Blvd, #604                  104 S Pecos St                         c/o JamiScott LLC
Northbrook, IL 60062-7914              Midland, TX 79701-5021                 15 West 53rd St #24-B
                                                                              New York NY 10019-5401


Blackpool Absolute Return Fund, LLC    Blackpool Partners, LLC         N-WD   Bruce Prevost #15810-041        PBFP
c/o John E. Page, Esquire       N-WD   c/o John E. Page, Esquire              9595 West Quincy Avenue
Shraiberg, Ferrara & Landau, P.A.      Shraiberg, Ferrara & Landau, P.A.      Littleton, CO 80123-1159
2385 N.W. Executive Center Drive, #    2385 N.W. Executive Center Drive, #
Boca Raton, Florida 33431-8579         Boca Raton, Florida 33431-8579


Centermark Asset Management            Clarridge Associates LLC               Cohen Milstein Sellers & Toll, PLLC
21320 Baltic Dr                        c/o JamiScott LLC                      1100 New York Avenue, N.W.
Cornelius, NC 28031-6425               15 West 53rd St #24-B                  Suite 500, West Tower           PBFP
                                       New York NY 10019-5401                 Washington, D.C. 20005-3964
                                                                              Attn: Andrew N. Friedman, Esq.


Compass Offshore Special Situations, PCC   David Harrold                      Douglas A. Kelley, Chapter 11 Trustee
c/o Compass ITV LLC                    RRM Miami                              Attn: James A. Rubenstein, Esq.
245 Park Ave FL 13                     Residential ReEntry Office      BAD    4800 Wells Fargo Center         PBFP
New York, NY 10167-2300                401 N Miami Avenue                     90 South Seventh Street
                                       Miami, FL 33128-1830                   Minneapolis, MN 55402-3903


Douglas A. Kelley, Chapter 11 Trustee  Frank Vennes #05123-059                Fulbright & Jaworski
Attn: Terrence J. Fleming, Esq.        FPC Butner                      PBFP   Norton Rose Fulbright US LLP
4200 IDS Center                 PBFP   POB 1000                               RBC Plaza                       PBFP
80 South Eighth Street                 Butner NC 27509-1000                   80 South Sixth Stt
Minneapolis, MN 55402-2100                                                    Minneapolis, MN 55402


Genesis Capital                        Geoffrey Varga and Neil Morris         Gillett Mottern and Walker LLP
Attention: Mike Dubinsky               Joint Liquidators of Palm Beach Offshore   1230 Peachtree Street NE #2445  PBFP
7191 Wagner Way NW, Suite 302          c/o Mark W. Eckard, Esq.               Atlanta, GA 30309
Gig Harbor, WA 98335-6909              1201 N. Market Street, Suite 1500      Attn: Bob Mottern - Sky Bell
                                       Wilmington, DE 19801-1163              Pete L. DeMahy, Esquire 30309-7500


Golden Sun Capital Management          Golden Sun Multi-Manager Fund, LP      Guardian Capital, LLC
ATTN: Keith Wellner (Old Hill Partners)   ATTN: Paul Flynn (Old Hill Partners)   3018 Devon Road
1120 Post Rd.                   PBFP   1120 Post Rd.                          Durham, NC 27707-4544
Darien, CT 06820-5447                  Darien, CT 06820-5447
```

Guy M. Hohmann, Esq.  BAD
100 Congress Ave
18th Floor
Austin, TX 78701-4042

HSBC USA, INC.
c/o Franck D. Chantayan  NEF
Carlton Fields, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401-6350

HSBC USA, Inc.
HSBC Alternative Fund Services
330 Madison Ave, 5th Floor
New York, NY 10017-5042

Hillcrest Properties, c/o Stephen Willia
59 Damonte Ranch Pkwy, #B-360
Reno, NV 89521-1907

Holland & Knight, LLP
701 Brickell Ave
Suite 3000  PBFP
Attn: Mitchell Herr
Miami, FL 33131-2847

James Corydon
6650 N Tower Circle Dr
Lincolnwood, IL 60712-3218

Jamiscott, LLC  PBFP
15 W 53 St, #24-B
New York, NY 10019-5401

Jamiscott, LLC, c/o Leonard & Lillian Sc
1089 S Ocean Blvd
Palm Beach, FL 33480-4932

John Daniel  PBFP
225 Wellington Ln
Cape Girardeau, MO 63701-9540

Judith Goldsmith  PBFP
3 Water Ln
Manhasset, NY 11030-1021

Kaufman Rossin & Co.  PBFP
2699 S Bayshore Dr
Miami, FL 33133-5486

Kenneth A. Ralston
c/o John E. Page, Esquire  N-WD
Shraiberg, Ferrara & Landau, P.A.
2385 N.W. Executive Center Drive, #
Boca Raton, Florida 33431-8579

Kenneth Ralston
1008 Mackenzie Pl
Wheaton, IL 60187-3333

Kenneth Ralston
c/o John E. Page, Esquire  N-WD
Shraiberg, Ferrara & Landau, P.A.
2385 N.W. Executive Center Drive, #
Boca Raton, Florida 33431-8579

LAB Investments Fund, LP
1875 S Grant St, #600
San Mateo, CA 94402-7013  PBFP

Laulima Partners, LP
C/O Smithfield Trust Co.
Attn:Robert Kopf Jr.
20 Stanwix St, #650
Pittsburgh, PA 15222-1330

Leslie Schneider
c/o JamiScott LLC
15 West 53rd St #24-B  PBFP
New York NY 10019-5401

Lewis B. Freeman & Partners, Inc.
c/o Kenneth A. Welt, Receiver  NEF
1776 North Pine Island Road
Suite 102
Plantation, Florida 33322-5200

Lynn E Maynard Gollin
Godron & Reese LLP  BAD
200 S Biscayne Blvd #4300
Miami FL 33131-2362

Marder Investment Advisors Corp.  PBFP
8033 Sunset Blvd, #830
Los Angeles, CA 90046-2401

Maxine Adler  PBFP
109 Los Patios
Los Gatos, CA 95032-1127

Maxine Adler  PBFP
c/o US Trust/Bank of America and Patrici
150 E. Palmetto Park Road, Suite 200
Boca Raton, FL 33432-4831

McKinsey Master Retirement Trust
c/o Robin Keller, Esq.  PBFP
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-7222

Mosaic Capital Fund LLC
c/o Philadelphia Financial  PBFP
attn: John F. Reilly
One Liberty Place
1650 Market St 54th Pl
Philadelphia, PA 19103-7309

Ocean Gate Capital Management, LP
5 Sewall Street
Marblehead, MA 01945-3396

Office of the US Trustee
51 S.W. 1st Ave.  NEF
Suite 1204
Miami, FL 33130-1614

Palm Beach Finance Holdings, Inc.  PBFP
c/o Lindquist & Vennum, PLLP
80 South Eighth Street, Ste 4200
Minneapolis, MN 55402-2223

Palm Beach Offshore II, Ltd.
Admiral Financial Center, 5th Floor
90 Fort Street, PO Box 32021
Grand Cayman KY-1208  PBFP
Cayman Islands

Palm Beach Offshore, Ltd.
Anchorage Centre, 2nd Floor  PBFP
PO Box 32021 SMB
Grand Cayman
Cayman Islands

Pemco Partners, LP
8 Lyman St, #204
Westborough, MA 01581-1487  PBFP

Pete L Demahy
150 Alhambra Cir PH
Coral Gables, FL 33134-4505

Petters Company, Inc.
c/o Lindquist & Vennum, PLLP   PBFP
80 South Eighth Street, Ste 4200
Minneapolis, MN 55402-2223

Quantum Family Office Group, LLC
6619 S Dixie Hwy #251
Miami, FL 33143-7919

Raymond Feldman
4644 Balboa Ave
Encino, CA 91316-4105

Raymond G. Feldman Family Ventures, L.P.
c/o John E. Page, Esquire   N-WD
Shraiberg, Ferrara & Landau, P.A.
2385 N.W. Executive Center Drive, #
Boca Raton, Florida 33431-8579

Ronald R. Peterson
Jenner & Block LLP   PBFP
353 North Clark St.
Chicago, IL 60654-5474

Ronald R. Peterson
c/ Wilkie Farr & Gallagher, LLP
Attn: Michael S. Schachter, Esq.
787 Seventh Ave   PBFP
New York, NY 10019-6099

Ronald R. Peterson
c/o McDermott Will & Emery, LLP
Attn: Lazar P. Raynal, Esq.   PBFP
227 West Monroe Street
Chicago, IL 60606-5058

SSR Capital Management LLC
CVP SPY LLC
ATTN: General Counsel
49 West Putnam Avenue
Greenwich, CT 06830-5328

SSR Capital Partners, LP
c/o R. James George, Jr., Esq.
114 W. Seventh Street   PBFP
Suite 1100
Austin, TX 78701-3015

Santa Barbara Investment Capital
327 Los Cerros
San Luis Obispo CA 93405-1272

Scotia Capital
The Bank of Nova Scotia
40 King St W
P.O. Box 4085, Station A
Toronto, Ontario M5W 2X6 Canada

Scott Schneider
c/o JamiScott LLC   PBFP
15 West 53rd St #24-B
New York NY 10019-5401

Select Access Management
15 Valley Dr
Greenwich, CT 06831-5205

Special Olympics
Northern California, Inc
Attn: Rebecca Thompson, General Counsel
3480 Buskirk Ave #340
Pleasant Hill, CA 94523-4382

Steven Feder   PBFP
730 17th Street
Suite 550
Denver, CO 80202-3539

Strategic Stable Return Fund (ID), LP
c/o R. James George, Jr., Esq.
114 W. Seventh Street   PBFP
Suite 1100
Austin, TX 78701-3015

Strategic Stable Return Fund II, LP
c/o J. James George, Jr., Esq.   PBFP
114 W. Seventh Street
Suite 1100
Austin, TX 78701-3015

Strategic Stable Return Fund, II, LP
c/o R. James George, Jr., Esq.
114 W. Seventh Street   PBFP
Suite 1100
Austin, TX 78701-3015

Table Mountain Capital, LLC
850 Quince Ave   PBFP
Boulder, Co 80304-0746

Ted Goldsmith   PBFP
3 Water Ln
Manhasset, NY 11030-1021

Thomas J Ginley Life Insurance Trust
c/o Julie Elizabeth Hough
2450 Hollywood Blvd #706   PBFP
Hollywood, FL 33020-6628

U.S. Bank Natl Assoc
c/o Richard G Wilson, Esq   PBFP
90 S 7 St #3300
Minneapolis, MN 55402-4104

U.S. Trust and Patricia Scwab
Successor Trustees, TUA Maxine B Adler
POB 842056
Dallas, TX 75284-2056

UC Davis Foundation
ATTN: Colleen Oys
Center / 2nd Floor
One Shields Avenue
Davis, CA 95616-5270

UC Davis School of Veterinary Medicine
Office of the Dean - Development
One Shields Avenue
Davis, CA 95616-5270

Umbach Financial Group, LLC
525 South Flagler Drive, #100
West Palm Beach, FL 33401-5932

Zimmer Lucas Capital
PO Box 238
Florham Park, NJ 07932-0238

Barry E Mukamal
1 SE 3 Avenue Ste 2150   NEF
Box 158
Miami, FL 33131-1716

Patricia Schwab, Co-Trustee of the Maxine B
1511 NE 57 Ct
Ft Lauderdale, FL 33334-5976

Paul A Avron Esq.            NEF          Paul Steven Singerman Esq
One Town Center Road, Ste. 301             1450 Brickell Ave #1900      NEF
Boca Raton, FL 33486-1014                  Miami, FL 33131-3453

**ADDITIONAL (ADDL) for both cases: 09-36379 and 09-36396 – Updated December 7, 2017**

James L. Volling, Esquire
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Edwin G. Schallert, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Andrew P. O'Brien, Esquire
U.S. Securities and Exchange Commission Chicago
Regional Office
175 West Jackson Blvd., Suite 900
Chicago, IL 60604

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Michael R. Band, Esquire
Band Law Firm
169 East Flagler Street
Suite 1200
Miami, FL 33131

Bear Stearns Capital Markets, Inc.
c/o Mark W. Page, Esquire
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL 60606

KAT TNR, Inc.
17600 Wagon Wheel Drive
Boca Raton, FL 33496
Contact: Phyllis Toon, President

Town Cats
P.O. Box 1828
Morgan Hill, CA 95038
Contact: Rosemary Mirko, Principal

Next Door Solutions to Domestic Violence
234 E. Gish Road, Suite 200
San Jose, CA 95112
Contact: Kathleen Krenek, Executive Director

Aaron M. Dorfner, Esq.
Cotton Bledso et al.
500 W. Illinois Ste. 300
Midland, TX 79701

Lionheart Insurance Fund Series Interests of the SALI
Multi-Fund Series Fund, LP
6836 Austin Center Blvd. Ste 320
Austin, TX 78731

Ron Robertson, President
Strategic Capital Group
7191 Wagner Way NW, Suite 302
Gig Harbor, WA 98335

Global Securities Services
2600 Airport Business Park
Kinsale Road
Co.Cork
Ireland

Monica Hanlet
PO Box 321255
Palm Coast, FL 32135-1255

Peggy Adams Animal Rescue League of the Palm
Beaches, Inc.
c/o Andrew Helgesen, Esq.
11380 Prosperity Farms Road, Suite 201
Palm Beach Gardens, FL 33410

Deutsche Bank (Cayman) Ltd
c/o Deutsche International Trust Corporation
Mauritius Limited
Level 5 Altima Building,
56 Ebene Cybercity
Mauritius

AVDA (Aid to Victims of Domestic Violence)
P.O. Box 6161
Delray Beach, FL 33482
Contact: Pamela A. O'Brien, Executive Director

Special Olympics Florida
1915 Don Wickham Drive
Clermont, FL 34711
Contact: Larry Daniel, VP of Direct Marketing

Eden Rock Capital Management
50 Curzon Street
London W1J 7UW
United Kingdom

David C. Cimo, Esquire
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, Florida 33131

**COMPOSITE EXHIBIT 4**

Harvest Investments LP
c/o Deer Island, LP
Red Bird Farm
89 Nason Hill Rd
Sherborn, MA 01770-1233

Thomas F. Miller, Esq.
Thomas F. Miller, P.A.
1000 Superior Blvd., Suite 303
Wayzata, MN 55391-1873

ABR Capital, LLC
c/o Alan B. Rosenthal
4645 Delafield Ave
Riverdale, NY 10471

Harborlight Capital Management, LLC
2502 Rocky Point Drive
Suite 560
Tampa, FL 33607

Lionheart, LP
by and through Robert A. Mandel, GP
8383 Wilshire Blvd., # 400
Beverly Hills, CA 90211

Frank Carruth
c/o Linda Carruth Strugar
240 Summa St
West Palm Beach, FL 33405-4718

Second City Alternatives
c/o Premier Advisors Fund, LLC
801 Park Ave
Wilmette, IL 60091

Blackpool Absolute Return Fund, LLC
Attn: Mr. Douglas Ralston
318 W. Half Day Road, Suite 291
Buffalo Grove, IL 60089

Miles N. Ruthberg, Esq.
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4834

PENSCO Trust Company
FBO George C. Slain IRA
P.O. Box 173859
Denver, CO 80217-3859

Eric N. Assouline, Esq.
Assouline & Berlowe, P.A.
213 E. Sheridan Street
Suite 3
Dania Beach, FL 33004

HSBC USA, Inc.
Phillips Lytle LLP
Attn: Angela Z. Miller, Esq.
3400 HSBC Center
Buffalo, NY 14203

The Gantcher Group
c/o Nathan Gantcher
EXOP Capital, LLC
767 Third Ave, 16 FL
New York, NY 10017

Thomas Sandlow / Tremont Group Holdings, Inc.
305 Riverside Dr, Apt 7A
New York, NY 10025-5214

Nancy Mishkin / Mondiale Partners
211 E 53rd St, Apt 12-D
New York, NY 10022-4807

Lionheart, L.P.
Craig H. Averch, Esq.
Shiva Delrahim, Esq.
White & Case LLP
555South Flower Street, Suite 2700
Los Angeles, CA 90071-2433

Blackpool Partners, LLC
Attn: Mr. Douglas Ralston
318 W. Half Day Road, Suite 291
Buffalo Grove, IL 60089

Robert J. Malionek, Esq.
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4834

Thomas R. Manisero, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604

Alice Pugliese
1644 Oak Berry Circle
Wellington, FL 33414

**ADDITIONAL (ADDL) for both cases: 09-36379 and 09-36396 – Updated December 7, 2017**

Fleming Financial Services
514 S Main Street
Suite A
Bel Air, MD 21014

Golden Gate Financial Group
900 N Pointe St
Suite D405
San Francisco, CA 94109

Keith Rudman
PO Box 249
Tuckasegee, NC 28783

Leon Meyers Management
850 3rd Avenue
New York, NY 10022

Sonata Funds
3300 E 1st Avenue
Suite 490
Denver, CO 80206

Linda Lozier
340 W 8th Street
Hinsdale, IL 60521

Barbara Bluhm
189 E Lake Shore Drive
Suite 19
Chicago, IL 60611

Lee S. Shalov, Esq.
Thomas G. Ciarlone, Esq.
Shalov Stone Bonner & Rocco
145 West 45 Street, Ste 701
New York, NY 10036

Fortis Prime Fund Solutions (IOM) Ltd
Attn: Daniel Kermode
PO Box 58
Finch Hill House
Ducks Road
Douglas, Isle of Man, IM99 1DT, UK

Stillwater Capital Partners, Inc.
165 Remsen Street
2nd Floor
Brooklyn, NY 11201

ABN Amro Custodial Services (Ireland)
Limited
2nd Floor, 1-2 Victoria Buildings,
Haddington Road,
Dublin 4, D04 XN32
Ireland

**ADDITIONAL VIA EMAIL (ADDL-E)**
GMB Capital Management by Email: kanderson@gmbcapital.com
Harvest Investments LP by Email: jonathan@springonline.net
SSR Capital Management LLC by Email: shelland@ssrcm.com
Harborlight Capital Management, LLC by Email: dean@harborlightcapital.com