

**ORDERED in the Southern District of Florida on January 5, 2018.**



Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

PALM BEACH FINANCE PARTNERS, L.P.,        CASE NO. 09-36379-EPK
PALM BEACH FINANCE II, L.P.,              CASE NO. 09-36396-EPK
                                          (Jointly Administered)

    Debtors.
_____/

### ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO APPROVE FIRST INTERIM DISTRIBUTION IN PALM BEACH FINANCE II, L.P.

THIS CAUSE came before the Court on January 3, 2018, at 1:30 p.m. upon the Liquidating Trustee's Motion to Approve First Interim Distribution in Palm Beach Finance II, L.P. [ECF No. 3391] (the "*Motion*"). The Court reviewed the Motion and the Court file, and is otherwise duly advised in the premises.  Accordingly, it is

ORDERS as follows:

1.    The Motion is GRANTED.

2.    The First Interim Distribution in Palm Beach Finance II, L.P. as described in the Motion and in the amounts set forth in Exhibit B attached to the Motion is APPROVED.

3. Claimants entitled to receive a distribution must fully execute and return an IRS Form W-9, Request for Taxpayer Identification Number (TIN) and Certification and provide a payment address to the Liquidating Trustee, as more fully set forth in the Motion.

4. The Liquidating Trustee is authorized to reserve distributions to any claimants pending receipt of the items set forth in paragraph 3 above.

5. Pursuant to Article 9.4 of the confirmed Plan of Liquidation, No *De Minimis* Distributions, other than in the Final Distribution, no payment of Cash in an amount of less than $250.00 shall be required to be made on account of any Allowed Claim.

6. Pursuant to Article 9.6 of the confirmed Plan of Liquidation, Undeliverable Distributions, if the distribution check to any holder of an Allowed Claim or Interest is not cashed within 90 days after issuance by the Liquidating Trustee, a stop payment order shall be given with respect to the check and no further distributions shall be made to such holder on account of such Allowed Claim or Interest. Such Allowed Claim or Interest shall be discharged and the holder of such Allowed Claim or Interest shall be forever barred from asserting such Claim against the Liquidating Trusts, the Liquidating Trustee, the Debtors, their Estates or their respective property. In such cases, any Cash held for distribution on account of such Claim shall

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

remain property of the respective Liquidating Trust and be distributed to other Creditors in accordance with the terms of this Plan and the Liquidating Trust Agreements.

###

**Submitted By:**
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Counsel for the Liquidating Trustee*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 358-6363
Telefax:          (305) 358-1221

**Copies Furnished To:**
Michael S. Budwick, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.