

**ORDERED in the Southern District of Florida on January 5, 2018.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:
PALM BEACH FINANCE PARTNERS, L.P.,          CASE NO. 09-36379-EPK
PALM BEACH FINANCE II, L.P.,                CASE NO. 09-36396-EPK
                                            (Jointly Administered)
          Debtors,
_____/

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION FOR COURT**
**ORDER AUTHORIZING CONTINUED EMPLOYMENT**

**THIS MATTER** came before the Court on January 3, 2018, 2017 at 1:30 p.m., upon the *Liquidating Trustee's Motion for Court Order Authorizing Continued Employment* (the ***Motion***") [ECF No. 3393].[1]  The Court reviewed the Court file and is otherwise duly advised in the premises.  Accordingly, it is

**ORDERED** as follows:

1.   The Motion is **GRANTED**.

2.   MR&B's continued employment and retention is approved by the Court.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

2

      3.      The Court retains jurisdiction to enforce or interpret this Order.

###

Submitted By:
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
Counsel for Liquidating Trustee
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   (305) 358-6363
Telefax:   (305) 358-1221

Copies Furnished To:
Michael S. Budwick, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.