UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                          CHAPTER 11

PALM BEACH FINANCE PARTNERS, L.P.,              Case No. 09-36379-EPK
PALM BEACH FINANCE II, L.P.,                    Case No. 09-36396-EPK
                                                (Jointly Administered)
           Debtors.
_____/

## LIQUIDATING TRUSTEE'S MOTION TO APPROVE
## (1) SETTLEMENT WITH GENERAL ELECTRIC COMPANY; AND
## (2) PAYMENT OF CONTINGENCY FEE

Barry E. Mukamal, in his capacity as liquidating trustee ("**Trustee**") for the Palm Beach
Finance Partners Liquidating Trust and the Palm Beach Finance Partners II Liquidating Trust
(together, "**Liquidating Trusts**"), files this Motion (1) to approve the settlement ("**Settlement**")
with General Electric Company as successor by merger to General Electric Capital Corporation
("**GE**"); and (2) to approve payment of counsel's contingency fee ("**Motion**").  In support, the
Trustee states:

## I.   Factual Background

**A.     Procedural Background**

1.      Prepetition, Palm Beach Finance Partners, L.P. ("**PBF  I**") and Palm Beach
Finance II, L.P. ("**PBF II**", and together with PBF I, the "**Debtors**") operated as hedge funds.

2.      The Debtors' principal investment strategy was to invest in purchase financing
transactions supposedly sourced by Thomas Petters and his company, Petters Company, Inc. and
its affiliated entities (together, "**PCI**").

3.      However, Mr. Petters and PCI were perpetrating a massive fraud and *Ponzi*
scheme ("**Petters Ponzi**").

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

4.      On November 30, 2009, the Debtors filed voluntary Chapter 11 petitions in the United States Bankruptcy Court for the Southern District of Florida.  By subsequent Order of this Court, the cases are jointly administered.

5.      On January 29, 2010, the United States Trustee appointed the Trustee as Chapter 11 trustee for both Debtors' estates.  [ECF No. 107].

6.      On October 21, 2010, this Court entered its Order Confirming Second Amended Plan of Liquidation ("***Plan***") [ECF No. 444], creating the Liquidating Trusts, appointing the Trustee as Trustee and appointing Geoffrey Varga as Trust Monitor.  In December 2018, Mr. Varga resigned as Trust Monitor.

**B.      The GE Litigation**

7.      On August 18, 2010, the Trustee issued Rule 2004 discovery to GE to investigate a potential tort claim owned by the Debtors' estates.  [Main Case, ECF No. 217].  The Trustee withdrew this discovery and entered into a tolling and discovery standstill agreement with GE. Subsequently, the Trustee reissued the Rule 2004 discovery and GE filed a motion to quash [ECF Nos. 1120 & 1170].  GE's motion claimed the Trustee could not assert any claim and merely sought discovery as a pretext to assist the PCI Chapter 11 Trustee in the pursuit of his (then pending) clawback claims against GE.  Following oral argument, this Court permitted the Trustee's Rule 2004 discovery to proceed and on August 9, 2012, the Trustee examined GE through a senior officer.

8.      The Plan provides for the Trustee's (undersigned) counsel's method of compensation to pursue litigation claims to be on a hybrid fee basis, at 75% of hourly rates and a 10% contingency.  The Plan also provides that the Trust Monitor must approve the filing of any litigation claims on behalf of PBF II.  While the Trustee's counsel was investigating potential claims against GE, the Trust Monitor refused to consent to the Trustee proceeding with his

investigation on behalf of PBF II, stating that it would be an inappropriate use of estate resources. As a result, the Trustee's counsel offered to investigate, and if appropriate, file and pursue any claims, on a pure contingency fee basis; the Court approved this modified compensation. Ultimately, in 2014 Mandel & Mandel LLP was retained as co-counsel. In 2017, Mandel and Mandel LLP ceased serving as co-counsel and the Trustee retained Kozyak Tropin & Throckmorton, P.A. to serve as co-counsel.

9.      On September 29, 2012, the Trustee filed suit against GE, Adv. Case No. 12-01979 ("*GE Action*"). The GE Action asserted nine counts against GE. On August 23, 2013, this Court entered its Order on GE's motion to dismiss, dismissing all counts other than Count I for civil conspiracy to commit fraud [ECF No. 56]. Through Count I, the Trustee alleged that GE learned of the Petters Ponzi and joined as a co-conspirator, thereby becoming joint and severally liable with PCI and Petters for the Debtor's fraud losses.

10.     In 2014 (after this Court's Order denying in part GE's motion to dismiss), three other Petters-lenders (or their successors-in-interest) filed near-identical copy cat claims against GE: (1) Frances Gecker ("*Trustee Gecker*") as Chapter 7 trustee for Ark Discovery II, L.P. which lost over $100,000,000 in the Petters Ponzi; (2) Greenpond South LLC ("*Greenpond*") as successor Acorn Capital Group LLC, which lost over $140,000,000 in the Petters Ponzi; and (3) Ritchie Capital ("*Ritchie Capital*"), which lost over $160,000,000 in the Petters Ponzi (collectively, the "*Copycat Cases*").

11.     In November 2014, in connection with the GE Action and the Copycat Cases, GE filed a motion for transfer and consolidation pursuant to 28 U.S.C. § 1407, proposing the actions be transferred to District Judge Susan Nelson in the District of Minnesota. *See In re General Electric Capital Corp. Thomas Petters Inv. Lit*., MDL No. 2603 (U.S. Judicial Panel on

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

Multidistrict Litigation).  Following court filings and oral argument, the MDL Panel issued its Order Denying Transfer [*Id.* at ECF No. 19].

12.     All three Copycat Cases, representing approximately $400,000,000 in losses in the Petters Ponzi, failed.  Trustee Gecker's case was dismissed at the motion to dismiss stage in Illinois federal court and no appeal was pursued.  Greenpond's case was dismissed by a Minnesota state court trial judge, affirmed by the Minnesota intermediate appellate court, and the Minnesota supreme court denied review.  Ritchie Capital's case was dismissed by the district court for the Southern District of New York and affirmed by the Second Circuit Court of Appeals.  All three Copycat Cases were dismissed for lack of standing and each plaintiff received no recovery.[1]

13.     While the Copycat Cases were filed and pending, and through and following their dismissal, the Parties in the GE Action engaged in very active fact discovery.  Aside from extensive document discovery and related motion practice, the Parties deposed approximately 68 fact witnesses in Kansas City, Seattle, Atlanta, Denver, Long Beach, Los Angeles, Minneapolis, Chicago, New York, Boston, Milwaukee, San Francisco, Washington D.C., Orlando and South Florida.[2]  Many depositions took place in federal prisons, including Leavenworth Penitentiary.  Certain depositions took place over multiple days.

14.     Following fact discovery, the Parties engaged in expert discovery including depositions of 13 initial and rebuttal expert witnesses on topics such as due diligence by hedge funds, federal and state regulatory compliance obligations of a New York State chartered bank,

---

[1] *See Gecker v. Gen. Elec. Capital Corp.*, 2015 WL 5086398 (N.D. Ill. July 27, 2015); *Ritchie Capital Mgmt., L.L.C. v. Gen. Elec. Capital Corp.*, 121 F.Supp.3d 321 (S.D.N.Y. 2015), *aff'd* 821 F.3d 349 (2d Cir. 2016); *Greenpond S., LLC v. Gen. Elec. Capital Corp.*, 886 N.W.2d 649, 651 (Minn. Ct. App. 2016).
[2] As examples, the deponents included former employees of the Debtors' management company, the Debtors' former accounting and legal professionals, PCI's former employees, GE's former and current employees, investors/equity holders of the Debtors, PCI's former bankers and the Trustee.

money laundering, lending practices and damages.  After expert discovery concluded, the Parties filed and briefed *Daubert* motions.

15.     Since many of the witnesses were located out of state, the Parties prepared and exchanged designations of videotaped deposition testimony intended to be offered by each witness, along with objections.

16.     The pace of fact and expert discovery was extraordinary.  Trustee's counsel travelled extensively to interview witnesses, conduct depositions and develop the factual record to oppose an anticipated motion for summary judgment and prevail at trial.

17.     On September 26, 2016, GE sought summary judgment before this Court [ECF No. 510].  GE claimed that (1) the Trustee's claim is barred by *in pari delicto* based on wrongdoing by the Debtor's pre-petition management; (2) the evidence is inadequate to permit a fact finder to conclude that GE learned of and joined the Petters Ponzi; and (3) that the Trustee lacks standing to bring his claim.

18.     This Court directed the Parties to meet and negotiate the form of a factual stipulation.  The Parties met in-person for many days over multiple weeks in good faith and reached an extensive factual stipulation.  [ECF Nos. 537 & 540]. During this process, GE withdrew all portions of its summary judgment motion other than standing, abandoning its arguments based on *in pari delicto* and that the Trustee had not developed the necessary record evidence that GE learned of and joined the Petters Ponzi.   [ECF Nos. 538 & 539].  The Trustee was able to develop this record evidence only after years of investigation and discovery, described only generally above.

19.     On June 15, 2017, this Court denied GE's motion for summary judgment [ECF No. 609], which would have led to a prompt jury trial before this Court.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

20.     On June 19, 2017, now retired Bankruptcy Judge Paul G. Hyman, Jr. recused himself from this adversary given the expectation that the trial would begin in October 2017 and that with post-trial motions, the adversary might not conclude before his January 2018 retirement.  [ECF No. 614].

21.     In anticipation of a jury trial, the Trustee and his counsel continued to engage in mock jury simulations to assess the strengths and vulnerabilities of his case and prepare for trial.

22.     However, before the case was set for trial, the district court (following briefing before this Court and the district court) granted GE leave to pursue an interlocutory appeal on standing and the Eleventh Circuit agreed to hear a direct appeal from this Court.  *See* Case No. 17-80788 (U.S.D.C. for the S.D. Fla.) & Case No. 18-10797 (11th Cir.).  Thereafter, the Parties fully briefed the appellate issues and prepared for oral argument, which was set for May 2019.

23.     During the pendency of the appeal and the corresponding stay of this adversary, a key witness -- Robert White -- passed away.  Mr. White, along with Deanna Coleman, were the government's key cooperating witnesses in the criminal prosecution of Tom Petters.  Mr. White would have testified in-person at trial in the Trustee's case-in-chief as to GE's knowledge and joinder in the Petters Ponzi scheme.[3]

24.     Also during the pendency of the appeal, the Trustee's lead expert, Dr. Sharon Brown-Hruska, accepted a position as chief economist for the U.S. State Department, requiring the Trustee to begin to identify a replacement.  Dr. Brown-Hruska had prepared an extremely detailed and lengthy report [*See* ECF No. 599 at page 32 *et seq.*] and would have been a critical witness at trial.

25.     At varying times, the Parties have engaged in formal and informal settlement communications, to no avail.

---

[3] GE did not depose Mr. White.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

26.     On Friday March 15, 2019, the Trustee and GE mediated before retired Minnesota state court judge Rick Solum.  The Parties had previously mediated with Judge Solum in 2013 and engaged in other formal and informal settlement conferences in 2017 and 2018.  This time, the Parties reached a complete resolution of the GE Action.  Judge Solum is an extraordinary mediator and the Parties thank him for his efforts.

## II.  Settlement

27.     A copy of the Settlement Agreement is attached as Exhibit A.

28.     In summary, and as more fully set forth in the Settlement Agreement:

a)     GE shall pay $49,000,000 to the Trustee ("***Settlement Payment***"); and

b)     GE and the Trustee shall exchange mutual releases.

29.     Pursuant to the Plan, the Settlement Payment will be allocated among the Debtors as follows: 18% to PBF I and 82% to PBF II ("***Pro Rata Allocation Formula***").

## III. Relief Requested

30.     The Trustee seeks an Order from this Court approving the Settlement and directing payment of the Contingency Fee (defined below).   Federal Rule of Bankruptcy Procedure 9019 provides in relevant part that "[o]n motion ... and after a hearing on notice to creditors; the debtor … and to such other entities as the Court may designate, the Court may approve a compromise or settlement."

31.     Approval of a settlement in a bankruptcy proceeding is within the sole discretion of the Court and will not be disturbed or modified on appeal unless approval or disapproval is an abuse of discretion. *In re Arrow Air*, 85 BR 891 (Bankr. S.D. Fla. 1988).

32.      The standards for approval are well-settled and require the Court to inquire into the reasonableness of the proposed settlement.   *See, e.g., Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968); *In re W.T. Grant*

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

*Co.*, 699 F.2d 599, 608 (2d Cir. 1983); *Florida Trailer and Equip. Co. v. Deal*, 284 F.2d 567, 571 (5th Cir. 1960). The inquiry need only determine whether the settlement falls below the lowest point of the range of reasonableness. *See W.T. Grant Co.*, 699 F.2d at 608; *see also In re Martin*, 91 F.3d 389 (3rd Cir. 1996); *In re Louise's Inc.*, 211 B.R. 798 (D. Del. 1997) (setting forth considerations by the Court for approval of a settlement, including: (i) the probability of success in litigation, (ii) the likely difficulties in collection; (iii) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (iv) the paramount interest of the creditors).

A.      ***The Settlement Ought to be Approved***

33.      The Trustee asserts that the Settlement falls well above the lowest point of the range of reasonableness and thus should be approved.

*Probability of success in litigation*

34.      This is a significant consideration in favor of approval of the Settlement.

35.      While the Trustee believes he is correct on the standing issue and that this Court's Order denying GE's motion for summary judgment is well-reasoned, the Trustee recognizes that all three Copycat Cases failed in their entirety with no recovery.

36.      GE has asserted in its briefing to the Eleventh Circuit that the *Greenpond* decision is the definitive statement of Minnesota law on what claims are held by Minnesota-based PCI, and thus controls. Further, as the district court in granting leave to appeal stated, GE relies "*upon six recently decided, on-point cases, all involving the same Ponzi scheme as the instant case, in which courts held that analogous claims vested solely with the [PCI] bankruptcy estate and the bankruptcy trustee.*"[4] The Trustee faced meaningful risk on the pivotal standing issue.

---

[4] *Gen. Elec. Capital Corp. v. Mukamal*, 2017 WL 7792615, at *2 (S.D. Fla. Nov. 9, 2017).

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

37.    And even if the Trustee were to prevail on standing, the Trustee faced substantial risk at trial.  To be clear, the Trustee believes there is a meaningful likelihood a jury would (i) find that PCI and Petters defrauded the Debtors as part of the Petters Ponzi; (ii) find that GE learned of and joined the Petters Ponzi and committed at least one overt act in furtherance thereof; and (iii) award damages of $651,000,000 representing the Debtors' cash-on-cash fraud losses, subject to a setoff for ancillary recoveries.[5]

38.    However, there are substantial risks inherent in all litigation and in particular this litigation.  GE's summary judgment motion (the portions relating to *in pari delicto* and discovery/joinder in the conspiracy) and its expert reports identify certain of those challenges, including that the Debtor's former management personnel pled guilty to certain crimes related to the Petters Ponzi scheme.

<u>*Collectability*</u>

39.    Given GE's enterprise value and market capitalization, the Trustee did not consider collectability to be a significant consideration.

<u>*Complexity of litigation and attendant expense, inconvenience and delay*</u>

40.    This is a significant consideration in favor of approval of the Settlement.

41.    The Trustee was appointed in January 2010, his formal investigation as to GE began in August 2010, he examined GE under Rule 2004 in August 2012 and he commenced the GE Action in September 2012.

42.    If the Trustee were to prevail on the standing issue before the Eleventh Circuit, GE would presumably seek *en banc* review and then seek certiorari to the Supreme Court asserting conflict with the Second Circuit's decision in *Ritchie Capital*.  If further review were denied, a trial would likely not occur until 2021: twenty-one years from the time that the Trustee

---

[5] Excluding the Settlement and the Settlement Payment, the Trustee has recovered to date more than $170 Million (gross) for the benefit of creditors and expects additional recoveries.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

alleges GE joined the Petters Ponzi. A grant of further review by the Supreme Court might add two more years. Post-trial appeals could last another 2-3 years.

43.     Mr. White's passing and the loss of his unique, first-hand testimony posed a challenge. Dr. Brown-Hruska's replacement would be expensive and all experts would be required to ramp up substantially for trial. And other fact and expert witnesses might become unavailable.

44.     And this points back to the decisions in the Copycat Cases – in which the Trustee was not a party - that prevented this case from being tried in 2017, created risk for this case's survival and created the likelihood of enormous further delay. All of this materially affected the Trustee's valuation of his claim.

45.     Further, putting aside pre-trial procedures, motions *in limine* and other related items (*e.g.,* writs of habeas corpus *ad testificandum*), trial in the GE Case would likely last several weeks and involve complex logistical, legal, factual and evidentiary issues across a wide spectrum.

46.     The Settlement addresses all of these concerns.

<i><u>Paramount interest of creditors</u></i>

47.     This is a significant consideration in favor of approval of the Settlement.

48.     The Settlement Payment provides a meaningful payment on the Trustee's claims against GE when measured against GE's defenses and litigation risk, as well as delay and costs associated therewith, and as compared to the results in the Copycat Cases. While each of the three copycat-plaintiffs brought claims in three different courts (and two appellate courts) and recovered nothing, the Trustee will recover $49,000,000. Upon information and belief, this Settlement is the largest tort recovery by any party in any way associated with the Petters Ponzi. As such, the Settlement is in the paramount interest of the Debtors' stakeholders.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

**B.** *The Contingency Fee Ought to be Approved*

49.  Pursuant to ECF Nos. 3206 and 3239, Meland Russin & Budwick, P.A. is entitled to a fee of 29%, Kozyak Tropin & Throckmorton, P.A. 6% and Mandel and Mandel LLP 3%, of the Settlement Payment (collectively, the "***Contingency Fee***").

50.  The Trustee requests that the Contingency Fee for all three law firms be approved and that he be authorized and directed to pay this amount when the Settlement Payment is made.

## IV. Conclusion

51.  The Trustee and his counsel extend their appreciation to the Court and now retired Judge Hyman for the time and efforts presiding over this complex and challenging adversary proceeding for so many years.

52.  The Trustee also appreciates GE's efforts to consensually resolve this matter that was so zealously litigated, and the professionalism of its counsel: Sean Berkowitz, Esq. and Miles Ruthberg, Esq. of Latham & Watkins, LLP.

**WHEREFORE**, the Trustee respectfully requests that this Court (1) enter an Order as set forth in attached Exhibit B approving the Settlement and directing payment of the Contingency Fee; and (2) grant such other relief this Court deems just and proper.

Dated:  March 26, 2019.

 s/ Michael S. Budwick
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandrussin.com
Solomon B. Genet, Esquire
Florida Bar. No. 617911
sgenet@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for the Liquidating Trustee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on March 26, 2019, via the Court's Notice of Electronic Filing upon registered Users listed on the attached **Exhibit 1**, via U.S. Mail upon the parties listed on the attached Manual Notice List attached as **Composite Exhibit 2**, upon the Court's Matrices in Case No. 09-36379-BKC-PGH and Case No. 09-36396-BKC-PGH attached **as Composite Exhibit 3**[6], and upon those additional addresses set forth on **Composite Exhibit 4**.

s/ Michael S. Budwick
Michael S. Budwick, Esquire

---

[6] "ADDL" means these additional parties served as a courtesy.  *See* **Composite Exhibit 4**.
   "BAD" means that it is a known bad address; hence, no service by mail.
   "DUP" means that the address appears more than once on this exhibit and is only being served one time by mail.
   "INC" means that the Matrix contains an incomplete addresses; hence, no service by mail.
   "NEF" means that service was made by Notice of Electronic Filing as set forth on **Exhibit 1** and is not being additionally served by mail.
   "NNR" means no notice is required.  Examples are professionals retained.
   "N-WD" means no notice required as such party has filed a Notice of Withdrawal with this Court.
   "PBFP" means that entity appears on both matrices and only being served once.
[6] See footnote 1.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

## SETTLEMENT AGREEMENT

This Settlement Agreement ("*Agreement*") is entered by and among (a) Barry E. Mukamal, solely in his capacity as liquidating trustee ("*Liquidating Trustee*") of the Palm Beach Finance Partners Liquidating Trust and the Palm Beach Finance II Liquidating Trust (collectively, the "*Liquidating Trusts*") and (b) General Electric Company as successor by merger to General Electric Capital Corporation ("*GE*") (GE and the Liquidating Trustee are sometimes referred to individually as a "*Party*" or collectively, the "*Parties*"). The terms of this Agreement are as follows:

## RECITALS

A.    On November 30, 2009 (the "*Petition Date*"), Palm Beach Finance Partners, L.P. ("*PBF I*") and Palm Beach Finance Partners II, L.P. ("*PBF II*" together with PBF I, the "*Debtors*") commenced Chapter 11 bankruptcy cases by filing voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida ("*Bankruptcy Court*"), Case Nos. 09-36379 and 09-36396 respectively ("*Bankruptcy Cases*");

B.    On October 21, 2010, the Bankruptcy Court entered its Order Confirming Second Amended Plan of Liquidation [ECF No. 444], creating the Liquidating Trusts and appointing the Liquidating Trustee as liquidating trustee.

C.    The Liquidating Trustee, solely on behalf of the Palm Beach Liquidating Trusts, has asserted claims and causes of action against GE in the lawsuit filed by the Liquidating Trustee against GE, Adv. Case No. 12-01979 ("*GE Adversary*").

D.    GE expressly denies any liability in connection with the GE Adversary;

1

**EXHIBIT A**

E.    The Liquidating Trustee and GE have engaged in settlement negotiations and discussions to resolve the GE Adversary;

F.    To avoid the continued expense and risk of adverse outcome arising from the GE Adversary, as well as incurring costs and expenses associated therewith, among other reasons, the Parties have agreed to resolve the GE Adversary subject to the terms and conditions of this Agreement ("**Settlement**") and Bankruptcy Court approval.

G.    The term "**Claims**" shall mean any obligations, causes of action, demands of any type that a person or entity may presently have, may have or have had in the past, upon or by reason of any matter, cause or thing whatsoever, including without limitation any and all obligations, claims, causes of actions and demands of any kind whatsoever, at law or in equity, indirect, derivative, or direct, known or unknown, discovered or undiscovered, and whether alleged (or could be, or could have been, alleged) as arising under the Bankruptcy Code, applicable non-bankruptcy law, or any other theory of recovery whatsoever.  Without limiting the generality of the foregoing, when the term "**Claims**" is used with respect to any Claims relating to, or that were asserted or that could be asserted against, any of the GE Parties, it shall include, without limitation: (i) any and all Claims against any of the GE Parties in any way related to, or based directly or indirectly upon facts, events, transactions or scenarios related to, alleged in, could have been alleged in, embraced by, or otherwise referred to at any time in the GE Adversary; (ii) any and all Claims subsequently alleged or otherwise brought, whether by the Liquidating Trustee or otherwise, in any adversary proceeding or other action seeking any type of recovery against any of the GE Parties for the benefit of any creditors of or other parties-in-interest in the Bankruptcy Cases relating in any way to the GE Adversary; (iii) any and all Claims against any of the GE Parties arising under federal, state, or local statute, law, regulations or common law; and (iv) any

and all Claims against any of the GE Parties in any way related to Thomas Petters, Petters Company, Inc., Redtag, redtagoutlet.com, Inc., Petters Capital, Inc., Palm Beach Finance Partners, L.P., Palm Beach Finance II, L.P., and/or any Petters related or affiliated company including, without limitation, those companies and entities that were or are debtors in the PCI Bankruptcy Cases (as that term is defined below) and those companies and entities that were placed into receivership in that certain receivership action captioned *United States v. Petters* pending in the United States District Court for the District of Minnesota under Case No. 08-SC-05348.

H.     The term "***Eleventh Circuit Appeal***" shall mean that certain appeal captioned *General Electric Capital Corporation v. Barry E. Mukamal, in his capacity as liquidating trustee of the Palm Beach Finance Partners Liquidating Trust and Palm Beach Finance II Liquidating Trust* pending in the Eleventh Circuit Court of Appeals under Case No. 18-10797.

I.     The term "***GE Parties***" shall mean: GE, GE's current and former parent, affiliate and subsidiary companies and all successors and assigns of such companies, including without limitation GE Capital Holdings, LLC and General Electric Capital Corporation, their respective current and former officers, directors, employees, agents, attorneys, professionals, predecessors, indemnitors and insurers.

J.     The term "***Final Order***" shall mean an order that is final for purposes of 28 U.S.C. § 158 or § 1291, is no longer subject to appeal or a petition for certiorari, and no such proceedings are pending.

K.     The term "***PB Parties***" shall mean the Liquidating Trustee, on behalf of the Palm Beach Liquidating Trusts, Palm Beach Finance Partners, L.P., Palm Beach Finance Partners II, LP., the Debtors and their estates, and their successors and assigns, including without limitation

any other estate representative, administrator, creditor or other party in interest, claiming on behalf of or through the Debtors and their estates.

L.    The term "**PCI Bankruptcy Cases**" shall mean the substantively consolidated Petters Company, Inc. bankruptcy case(s) pending in the United States Bankruptcy Court for the District of Minnesota, substantively consolidated under Case No. 08-45257 and any successors including the PCI Liquidating Trust.

**NOW, WHEREFORE,** the Parties agree as follows:

1.    This Agreement is a compromise and settlement of a controversy. No Party admits, and each expressly denies, any liability on its part.

2.    This Agreement constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof and there are no other stipulations, agreements, representations, or warranties other than those specifically set forth herein. All prior agreements and understandings between the Parties concerning the subject matter hereof are superseded by the terms of this Agreement.

3.    GE shall pay (or cause to be paid) forty-nine million dollars ($49,000,000) ("**Settlement Payment**") to the Liquidating Trustee by no later than the Settlement Payment Date (as that term is defined below), via two wire transfers (18% or $8,820,000 to be allocated to the Palm Beach Finance Partners Liquidating Trust and 82% or $40,180,000 to be allocated to the Palm Beach Finance II Liquidating Trust) pursuant to written instructions to be provided by the Liquidating Trustee to GE.

4.    The Settlement Payment Date shall be the fifth (5th) business day from the date on which the Bankruptcy Court's order approving this Agreement becomes a Final Order.

5.      The Liquidating Trustee shall (with the cooperation of GE) file stipulations of dismissal with prejudice of the GE Adversary and the Eleventh Circuit Appeal within five (5) business days following the receipt in cleared funds of the Settlement Payment. If GE is required to be the party to file the dismissal of the Eleventh Circuit Appeal due to its status as appellant, then GE shall do so with the Liquidating Trustee's cooperation.

6.      Upon approval of this Agreement by Final Order of the Bankruptcy Court after appropriate notice and opportunity for a hearing, and payment of the Settlement Payment, the PB Parties shall be deemed to fully waive, release, hold harmless, and discharge, now and forever, the GE Parties from any and all Claims that the PB Parties now have, have ever had, or may hereafter have, against the GE Parties, at any time up to and including the date of execution of this Agreement ("*GE Released Claims*"); provided that nothing in this Paragraph 6 shall be deemed to release, waive or otherwise limit any rights or obligations arising out of this Agreement; and provided, further, that nothing in this Agreement shall be deemed to impair, limit or release any claims that the Liquidating Trustee may have against any parties other than the GE Parties.

7.      Upon approval of this Agreement by Final Order of the Bankruptcy Court after appropriate notice and opportunity for a hearing, and payment of the Settlement Payment, the GE Parties shall be deemed to fully waive, release, hold harmless, and discharge, now and forever, the PB Parties and their agents, attorneys and professionals from any and all Claims that the GE Parties now have, have ever had, or may hereafter have, against the PB Parties and their agents, attorneys or professionals, at any time up to and including the date of execution of this Agreement; provided that nothing in this Paragraph 7 shall be deemed to release, waive or otherwise limit any rights or obligations arising out of this Agreement; and provided, further, that nothing in this Agreement

shall be deemed to impair, limit or release any claims that the GE Parties may have against any parties other than the PB Parties and their agents, attorneys or professionals.

8.      The Parties acknowledge and agree that the Parties have entered into the Settlement set forth in this Agreement in good faith, after negotiation between the Parties, with the Liquidating Trustee and GE each represented by legal counsel of their own choosing.  In the event that any third party asserts any claim for contribution, indemnity, indemnification, or based upon any other grounds or nature in the future against GE related in any way to the subject matter of the GE Adversary or this Agreement (a "***Claim Over***"), GE reserves the right to seek a court order determining and confirming that the Settlement set forth in this Agreement was made in good faith and therefore bars such a Claim Over against the GE Parties.  The Liquidating Trustee agrees not to oppose any such requested relief by GE.

9.      Each of the Parties acknowledges that he or it has read all of the terms of this Agreement, has had an opportunity to consult with counsel of his or its own choosing and enters into those terms voluntarily and without duress.

10.     Each Party shall bear its own attorneys' fees and costs in connection with the GE Adversary, the negotiation and drafting of this Agreement and the submission of such motions and orders as may be necessary to obtain the approval of the Bankruptcy Court; provided that in the event of any litigation between the Parties under this Agreement or arising as a result of a default under this Agreement, the prevailing Party shall be entitled to reasonable attorneys' fees and costs including those incurred at all trial and appellate levels.

11.     This Agreement and any of the specific items, covenants, and conditions contained herein, may not be waived, changed, altered or modified except by an instrument in writing signed by the Party against whom enforcement of such change is sought.

12.     This Agreement shall be effective upon execution by all of the Parties, subject only to approval of this Agreement by Final Order.  Upon it becoming effective, this Agreement shall be binding on all of the Parties' successors or assigns.

13.     If the Bankruptcy Court does not approve this Agreement, then the Agreement shall be of no further force or effect, and the Parties shall be restored to their rights as they existed prior to the execution of this Agreement. Notwithstanding the foregoing, if the Bankruptcy Court does not approve this Agreement because any of the Parties have failed to provide the Bankruptcy Court with adequate information to rule on the merits of the Agreement, the Parties will use their best efforts to seek reconsideration of any order declining to approve the Agreement, or to file an amended motion to approve the Agreement.

14.     This Agreement shall in all respects be construed in accordance with the laws of the State of Florida applicable to contracts made and to be performed wholly within the State of Florida and by federal law to the extent the same has preempted the laws of the State of Florida.

15.     This Agreement may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same Agreement. Delivery of an executed counterpart of a signature page to this Agreement by facsimile shall be effective as delivery of a manually executed counterpart of this Agreement.

16.     This Agreement shall be deemed to have been jointly drafted by the parties, and in construing and interpreting this Agreement, no provision shall be construed and interpreted for or against any of the Parties because such provision or any other provision of the Agreement as a whole is purportedly prepared or requested by such Party.

17. The Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Agreement.

18. The individuals signing below represent and warrant that they have the authority to execute this Agreement on behalf of the persons / entities identified and as set forth herein.

**STIPULATED AND AGREED TO BY:**

| | General Electric Company as successor by merger to General Electric Capital Corporation |
|---|---|
| By: _____ | By: _____ |
| Barry E. Mukamal, solely in his capacity as liquidating trustee of the Palm Beach Finance Partners Liquidating Trust and the Palm Beach Finance II Liquidating Trust | Name: _Christopher O Moore_ |
| | Its: _Vice-President & General Counsel_ |

8

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              CHAPTER 11

PALM BEACH FINANCE PARTNERS, L.P.,                  Case No. 09-36379-EPK
PALM BEACH FINANCE II, L.P.,                        Case No. 09-36396-EPK
                                                    (Jointly Administered)

        Debtors.
_____/

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO APPROVE (1)
SETTLEMENT WITH GENERAL ELECTRIC COMPANY;
AND (2) PAYMENT OF CONTINGENCY FEE**

        **THIS CAUSE** came before the Court on _____, 2019 at _____ a.m./p.m.

upon the *Liquidating Trustee's Motion to Approve (1) Settlement with General Electric

Company; and (2) Payment of Contingency Fee* [ECF No. _____] ("***Motion***").[1]  The Court has

reviewed the Motion and is otherwise duly advised in the premises.  Accordingly, it is:

        **ORDERED** as follows:

_____

[1] All capitalized terms not defined in this Order shall have the meaning ascribed to such term as
set forth in the Motion.

**EXHIBIT B**

1.      The Motion is **GRANTED**.

2.      The Settlement is **APPROVED.**  The Settlement Agreement is approved in its entirety and is fully binding and enforceable pursuant to its terms.

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and authority to enter this Order pursuant to 11 U.S.C. § 105(a).

4.      General Electric Company shall pay (or cause to be paid) to the Palm Beach Liquidating Trusts forty-nine million dollars ($49,000,000) ("***Settlement Payment***") by no later than the Settlement Payment Date, as defined in the Settlement Agreement.

5.      The Settlement Payment will be allocated and apportioned among the Debtors as follows: 18% to Palm Beach Finance Partners, L.P. Liquidating Trust and 82% to Palm Beach Finance II, L.P. Liquidating Trust ("***Pro Rata Allocation Formula")***.

6.      The Contingency Fee in the total amount of $18,620,000 is approved.

        a)      Meland Russin & Budwick, P.A. is entitled to $14,210,000 of the Contingency Fee;

        b)      Kozyak Tropin & Throckmorton, P.A. is entitled to $2,940,000 of the Contingency Fee; and

        c)      Mandel and Mandel LLP is entitled to $1,470,000 of the Contingency Fee.

7.      The Liquidating Trustee is authorized and directed to make pay each firm its share of the Contingency Fee without the need for further Court Order, in accordance with the Pro Rata Allocation Formula, promptly upon receipt of the Settlement Payment.


**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

8.      The Court retains jurisdiction to enforce or interpret this Order.

### 

**Submitted By:**
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
Attorneys for the Liquidating Trustee

**Copies Furnished To:**
Michael S. Budwick, Esquire, is directed to serve copies of this Order on all parties in interest
and to file a Certificate of Service.

## Mailing Information for Case 09-36379-EPK

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Melissa Alagna**    mma@gordichalagna.com, lag@gordichalagna.com
- **Vincent F Alexander**    vfa@kttlaw.com, tracy.gowen@lewisbrisbois.com;ftlemaildesig@lewisbrisbois.com
- **Keith T Appleby**    kappleby@bankerlopez.com, service-kappleby@bankerlopez.com
- **Paul A Avron**    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mday@bergersingerman.com
- **Scott L. Baena**    sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Marc P Barmat**    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;barmatmr84158@notify.bestcase.com
- **Rachel K Beige**    rachel.beige@csklegal.com, joseph.valdivia@csklegal.com
- **Sean M. Berkowitz**    sean.berkowitz@lw.com, chefiling@lw.com;roger.schwartz@lw.com;russell.mangas@lw.com;robert.malionek@lw.com;megan.fitzpatrick@lw.com;barbara.pipchok@lw.com;julia.greenberg@
- **Steven M Berman**    sberman@slk-law.com, bgoodall@slk-law.com
- **Mark D. Bloom**    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- **Ira Bodenstein**    ibodenstein@shawgussis.com
- **Noel R Boeke**    noel.boeke@hklaw.com, wendysue.henry@hklaw.com
- **Michael S Budwick**    mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Michael S Budwick**    mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Dennis M. Campbell**    dcampbell@campbelllawfirm.net, mjohnson@campbelllawfirm.net
- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;melissa.bird@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolz
- **Francis L. Carter**    flc@flcarterpa.com
- **Francis L. Carter**    flc@katzbarron.com
- **Francis L. Carter**    flc@katzbarron.com
- **Lisa M. Castellano**    lcastellano@bplegal.com, kmurphy@bplegal.com;kpacifico@bplegal.com
- **Helen Davis Chaitman**    jgorchkova@beckerny.com;lblanco@beckerny.com;cdavis@beckerny.com
- **Helen Davis Chaitman**    hchaitman@beckerny.com, jgorchkova@beckerny.com;lblanco@beckerny.com;cdavis@beckerny.com
- **Franck D Chantayan**    franck@chantayan.com
- **Daniel DeSouza**    ddesouza@desouzalaw.com
- **John R. Dodd**    doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
- **John D Eaton**    jeaton@shawde-eaton.com, sramirez@shawde-eaton.com
- **C Craig Eller**    craig.eller@nelsonmullins.com
- **Darren D. Farfante**    darren.farfante@bipc.com, Denise.Strand@bipc.com
- **Dyanne E Feinberg**    def@kttlaw.com, hst@kttlaw.com;gam@kttlaw.com;ems@kttlaw.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    jfeldman@pbyalaw.com, eservicemia@pbyalaw.com
- **G Steven Fender**    steven.fender@fender-law.com, lm910@aol.com
- **Robert G Fracasso Jr**    rfracasso@shutts.com, fsantelices@shutts.com
- **Robert C Furr**    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;furrrr84158@notify.bestcase.com
- **Solomon B Genet**    sgenet@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;sgenet@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **John H Genovese**    jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- **Daniel L. Gold**    dgold@goldbergsegalla.com, mmartinez@goldbergsegalla.com
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Lawrence Gordich**    LAG@gordichalagna.com, mma@gordichalagna.com
- **Gregory S Grossman**    ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com
- **Scott M. Grossman**    grossmansm@gtlaw.com, scottla@gtlaw.com;MiaLitDock@gtlaw.com;FTLLitDock@GTLaw.com;miaecfbky@gtlaw.com
- **Matthew W Hamilton**    e-notice@fulcruminv.com
- **Zachary N James**    zjames@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;zjames@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Karl J. Johnson**    , pmay@hjlawfirm.com
- **Kenneth M Jones**    kjones@moodyjones.com
- **Michael A Kaufman**    michael@mkaufmanpa.com, diamondmk@aol.com;kaufmanesq@gmail.com;glebron@mkaufmanpa.com;gstolzberg@mkaufmanpa.com;kaufmanmr75578@notify.bestcase.com
- **Stephen J Kolski Jr**    stevekolski@skolskilaw.com, jessica@skolskilaw.com
- **Harris J. Koroglu**    hkoroglu@shutts.com, fsantelices@shutts.com
- **James A Lodoen**    jlodoen@lindquist.com, ghildahl@lindquist.com
- **Corali Lopez-Castro**    clc@kttlaw.com, rcp@kttlaw.com
- **David S Mandel**    dmandel@mandel-law.com, susan@mandel-law.com
- **Joshua A Marcus**    jmarcus@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Joshua A Marcus**    jmarcus@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Aleida Martinez Molina**    amartinez@wsh-law.com, isevilla@wsh-law.com
- **Paul J McMahon**    pjm@pjmlawmiami.com
- **Brian M Mckell**    brian.mckell@wilsonelser.com, lourdes.riestra@wilsonelser.com
- **Thomas M. Messana**    tmessana@messana-law.com, emair@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;mwslawfirm@gmail.com;cbroussard@messana-law.com;atamburro@messana-law.com
- **Yvonne F Mizusawa**    yvonne.f.mizusawa@frb.gov
- **James C. Moon**    jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Patrick M Mosley**    pmosley@hwhlaw.com, telam@hwhlaw.com
- **Barry E Mukamal**    bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- **Barry E Mukamal**    bankruptcy@marcumllp.com, FL64@ecfcbis.com
- **Barry E. Mukamal**    bemtrustee@kapilamukamal.com
- **David J Myers**    myers@fsblegal.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

EXHIBIT 1

- **Leslie S. Osborne**    office@rorlawfirm.com, 4275819420@filings.docketbird.com
- **Kristopher E Pearson**    kpearson@stearnsweaver.com, rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com
- **Jennifer H Pinder**    Jennifer.pinder@myfloridalegal.com, zivile.rimkevicius@myfloridalegal.com,angela.godbey@myfloridalegal.com
- **Leanne McKnight Prendergast**    Leanne.Prendergast@fisherbroyles.com, l3annemp@gmail.com
- **Chad P Pugatch**    cpugatch.ecf@rprslaw.com
- **Cristopher S Rapp**    csr@derreverelaw.com, eservice@derreverelaw.com
- **Cristopher S Rapp**    csrapp@kelleykronenberg.com, eservice@derreverelaw.com
- **Patricia A Redmond**    predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com
- **Patricia A Redmond**    predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;rigolijr84158@notify.bestcase.com
- **Kenneth B Robinson**    krobinson.ecf@rprslaw.com
- **Joseph Rodowicz**    bankruptcy@rodowiczlaw.com, rodowiczlaw@gmail.com
- **Peter D. Russin**    prussin@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Luis Salazar**    Luis@Salazar.Law, Lee-Sin@Salazar.Law
- **Franklin H Sato**    fsato@wickersmith.com, alazaro@wickersmith.com
- **Bradley M Saxton**    bsaxton@whww.com, scolgan@whww.com;rweinman@whww.com;csmith@whww.com;csmith@ecf.courtdrive.com
- **Michael L Schuster**    mschust@gmail.com, gjbecf@gjb-law.com;mchang@gjb-law.com;chopkins@gjb-law.com;ekelly@gjb-law.com
- **Patrick S. Scott**    patrick.scott@gray-robinson.com
- **Michael D. Seese**    mseese@seeselaw.com, sseward@seeselaw.com
- **Steven E Seward**    steven.seward@gmail.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;ematteo@slp.law;cdraper@slp.law
- **Paul Steven Singerman**    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Jeffrey I. Snyder**    jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **James S Telepman**    jst@fcohenlaw.com
- **Charles W Throckmorton**    cwt@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- **Charles W Throckmorton**    cwt@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- **Trustee Services Inc 2**    court@trusteeservices.biz, sandirose.magder@gmail.com
- **Skipper J Vine**    jonathan.vine@csklegal.com, denise.allwine@csklegal.com;stefanie.copelow@csklegal.com;christine.spoerer@csklegal.com
- **Skipper J Vine**    jonathan.vine@csklegal.com, denise.allwine@csklegal.com;stefanie.copelow@csklegal.com;christine.spoerer@csklegal.com
- **Jessica L Wasserstrom**    jwasserstrom@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jwasserstrom@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Jessica L Wasserstrom**    jwasserstrom@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jwasserstrom@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Morris D. Weiss**    morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
- **George L. Zinkler**    gzinkler.ecf@rprslaw.com

**Manual Notice List for both cases: 09-36379 and 09-36396**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Michael B Apfeld
780 North Water Street
Milwaukee, WI 53202

James F Bendernagel
1501 K St, NW          **BAD**
Washington, DC 20005

John B Berringer
599 Lexington Ave 22nd Fl
New York, NY 10022

Debra Bogo-Ernst
71 S Wacker Drive
Chicago, IL 60606

Sean O'D. Bosack
833 East Michigan Street
Suite 1800
Milwaukee, WI 53202

Carl D. Ciochon
1111 Broadway 24th Floor
Oakland, CA 94607

Alicia C. Davis
330 N Wabash Ave #2800
Chicago, IL 60611

Andrew Davis
150 S Fifth St. #2300
Minneapolis, MN 55402 **BAD**

Gregory W Deckert
12912 63 Ave N
Maple Grove, MN 55369

Mary Sue Donohue
5355 Town Center Rd #801
Boca Raton, FL 33486 **BAD**

Gonzalo R Dorta
334 Minorca Ave
Coral Gables, FL 33134

Edward J Estrada
599 Lexington Ave 22 Flr
New York, NY 10022

William Evanoff
1 S Dearborn St
Chicago, IL 60603

Evan K Farber
599 Lexington Ave 22nd Fl
New York, NY 10022

Michael B Fisco
90 S 7th St #2200
Minneapolis, MN 55402

Megan C. Fitzpatrick
330 N Wabash Ave #2800
Chicago, IL 60611

John Harper
100 S 5 St #1400
Minneapolis, MN 55402

Jonathan R. Ingrisano
780 N Water St.
Milwaukee, WI 53202

Matthew B Kaplan
1100 New York Ave, NW #500
Washington, DC 20005

John B Kent
POB 447
Jacksonville, FL 32201

Paula S Kim
161 N Clark St #4200
Chicago, IL 60601 **BAD**

John L. Kirtley
833 East Michigan Street
Suite 1800
Milwaukee, WI 53202

Bryan Krakauer
1 S Dearborn St
Chicago, IL 60603

Robert T. Kugler
150 S Fifth St. #2300
Minneapolis, MN 55402 **BAD**

Joshua D. Yount
71 S Wacker Drive
Chicago, IL 60606 **BAD**

Steven Thomas
14 27th Ave
Venice, CA 90291

Lucia Nale
71 S Wacker Drive
Chicago, IL 60606

Jerry L Switzer
161 N Clark St #4200
Chicago, IL 60601    **BAD**

Roger G. Schwartz
Latham & Watkins LLP
885 Third Ave
New York, NY 10022-4834

Miles N. Ruthberg
885 Third Avenue
New York, NY 10022 **ADDL**

Thomas Manisero
1133 Westchester Avenue
White Plains, NY 10604 **ADDL**

Julie P Vianale
2499 Glades Rd #112
Boca Raton, FL 33431 **BAD**

Richard G. Wilson
90 South Seventh St.
Minneapolis, MN 55402 **DUP**

Robert J. Malionek
885 Third Avenue
New York, NY 10022  **ADDL**

Updated March 26, 2019

**COMPOSITE EXHIBIT 2**

Label Matrix for local noticing
113C-9
Case 09-36379-EPK
Southern District of Florida
West Palm Beach
Wed Feb 20 15:52:38 EST 2019

Ashton Revocable Living Trust
c/o Helen Chaitman
45 Broadway
New York, NY 10006-3007     NEF

BMO Harris Bank, N.A.
c/o Charles W. Throckmorton
2525 Ponce de Leon
9th Floor     NEF
Coral Gables, FL 33134-6039

Blackpool Absolute Return Fund, LLC
c/o Douglas Ralston
3633 Driftwood Drive
Long Grove, IL 60047-5235

Blackpool Partners, LLC
c/o Douglas Ralston
3633 Driftwood Drive
Long Grove, IL 60047-5235

Calhoun Multi-Series Fund, L.P.
c/o Transcontinental Fund Administrator
11 South LaSalle #1730     BAD
Suite 300
Chicago, IL 60603-1203

Crown Financial Ministries, Inc.
c/o Timothy M. Obitts, Esq.
Gammon & Grange, P.C.
8280 Greensboro Dr., Suite 140
McLean, VA 22102-3885

Douglas A. Kelly, Chapter 11 Trustee
c/o Bradley M. Saxton
PO Box 1391     NEF
Orlando, FL 32802-1391

Father's Heart-A Ranch for Children Inc
Shumaker, Loop, & Kendrick, LLP
101 E. Kennedy Blvd
Suite 2800
Tampa, Fl 33602-5153

First Baptist Church of Tequesta, Inc.
c/o Roberto M. Vargas, Esq.
Jones Foster Johnston & Stubbs, P.A.
505 S. Flagler Drive
Suite 1100
West Palm Beach, FL 33401-5950

Fulcrum Credit Partners LLC
c/o Matthew W Hamilton
111 Congress Ave #2550     NEF
Austin, TX 78701-4044

General Electric Capital Corporation
c/o Patricia A. Redmond, Esq.
Stearns Weaver Miller, et al
Museum Tower, Suite 2200     NEF
150 West Flagler Street
Miami, FL 33130-1536

General Electric Credit Corporation
c/o Patricia A. Redmond
Stearns Weaver Miller     NEF
150 W. Flagler St., #2200
Miami, FL 33130-1545

Geoff Varga, as Liquidating Trust Monitor fo
Levine Kellogg, et al. c/o RobinJRubens
201 S. Biscayne Blvd., 34th Floor     NEF
Miami, FL 33131-4332

Geoff Varga, as Liquidator
c/o Robin Rubens
201 S Biscayne Blvd 34 Fl     NEF
Miami, FL 33131-4332

Golden Gate VP Absolute Return Fund, LP
H. Thomas Halen III, President     NEF
1750 Montgomery St, First Floor
San Francisco, CA 94111-1000

Golden Sun Capital Management, LLC
c/o Michael L. Schuster, Esq.
100 SE 2nd Street     NEF
Suite 4400
Miami, f 33131-2118

HSBC USA, INC
c/o Franck D. Chantayan
Carlton Fields, P.A.     NEF
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401-6350

JDFF Master Fund, LP
c/o Patrick M. Mosley
Hill Ward Henderson PA     NEF
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

KBC Financial Products (Cayman Islands) Ltd.

                                INC

Kaufman Rossin, P.A.
c/o Daniel L. Gold
100 Southeast Second St #3800     NEF
Miami, FL 33131-2126

Kaufman, Rossin & Co.
c/o Rice Pugatch Robinson & Schiller
101 NE 3rd Avenue     NEF
Suite1800
Fort Lauderdale, FL 33301-1162

Kinetic Partners (Cayman) Ltd
c/o Robin Rubens, Esq. at LKLSG
201 S. Biscayne Blvd., 22 FL     NEF
Miami, FL 33131-4338

Levine Kellogg Lehman Schneider & Grossman L
LKLSG c/o Robin Rubens
201 S. Biscayne Blvd., 34th Fl     NEF
Miami, FL 33131-4332

M&I Marshall & Ilsley Bank
c/o Charles W. Throckmorton
2525 Ponce de Leon     NEF
9th Floor
Coral Gables, FL 33134-6039

MIO Partners Inc
c/o Robin E Keller Esq
590 Madison Ave     DUP
New York, NY 10022-2524

Minnesota Teen Challenge, Inc.
c/o
Paul Joseph McMahon, P.A.
Miami, FL 33129 US     NEF

Mosaic Fund, L.P.
c/o Kristopher E. Pearson
Stearns Weaver Miller     NEF
150 W. Flagler St.
Ste. 2200
Miami, FL 33130-1545

Palm Beach Finance II, L.P.
3601 PGA Blvd
Suite 301     NNR
Palm Beach Gardens, FL 33410-2712

Palm Beach Finance Partners, L.P.
3601 PGA Blvd
Suite 301     NNR
Palm Beach Gardens, FL 33410-2712

**COMPOSITE EXHIBIT 3**

Prison Fellowship Ministries, Inc.
c/o Timothy M. Obitts, Esq.
Gammon & Grange, P.C.
8280 Greensboro Dr., 7th Floor
McLean, VA 22102-3885

Raymond G. Feldman Family Ventures, L.P.
c/o of Richard Feldman
4644 Balboa Ave.
Encino, CA 91316-4105

Reed Smith LLP
599 Lexington Ave 22 Flr
New York, NY 10022-7650

Reed Smith LLP
c/o Sequor Law, P.A.
1001 Brickell Bay Drive
9th Floor
Miami, FL 33131-4937

SCALL, LLC
c/o Edward Toptani, Esq.
127 East 59th Street
New York, NY 10022-1225          BAD

Sali Multi-Series Fund, LP
6850 Austin Center Blvd Ste 300
Austin, TX 78731-3132

Sims Moss Kline & Davis, LLP
Davis Gillett Mottern & Sims LLC
c/o Jerry L Sims          DUP
Promenade #2445
1230 Peachtree St NE
Atlanta, GA 30309-3574

Sky Bell Select, LP
c/o Thomas M. Messana          NEF
401 East Las Olas Blvd #1400
Ft. Lauderdale, FL 33301-2218

Sumnicht Money Masters Fund I Liquidating Tr
Custodian & Trustee, National Advisors
8717 W. 110th St #700
Suite 300          BAD
Overland Park, KS 66210-2103

Sumnicht Money Masters Fund LP
Sumnicht Hedge Fund Advisors, LLC
c/o Vern Sumnicht
W6240 Communication Court
Appleton, WI 54914-8549

The Christensen Group, Inc.
Wicker Smith O'Hara McCoy & Ford, P
515 North Flagler Drive
Suite 1600
West Palm Beach, FL 33401-4346

Thomas J. Ginley Life Ins. Trust Dated 1-22-
6650 N. Tower Circle Drive
Lincolnwood, Il 60712-3218

Toledo Fund, LLC
c/o Edward Toptani, Esq.
127 East 59th Street          BAD
New York, NY 10022-1225

Trustee Services Inc 2
Ken Welt          NEF
3790 N 28 Tr
Hollywood, FL 33020-1112

West Capital Management
c/o Simon B. Paris
1 Liberty Pl 52 FL
1650 Market St
Philadelphia, PA 19103-7301

ZCALL, LLC
c/o Edward Toptani, Esq.
127 East 59th Street          DUP
New York, NY 10022-1225

Agile Safety Fund (International)
730 17th Street
Suite 550
Denver, CO 80202-3539

Agile Safety Fund (Master Fund)
730 17th Street
Suite 550
Denver, CO 80202-3539

Agile Safety Variable Fund, L.P.
730 17th Street
Suite 550
Denver, CO 80202-3539

Albert Liguori
16590 Crownsbury Way, #201
Ft. Myers, FL 33908-5695

Alton Opitz
144 Newhaven Ln
Butler, PA 16001-7910

Amy Davenport
3 Greenwich Dr
Midland, TX 79705-6418

Amy Davenport
POB 3511
Midland, TX 79702-3511

Armadillo Partners, LLC
Michael Weprin, Manager
411 Walnut Street, Suite 13637
Green Cove Springs, FL 32043

BTA Oil Producers
104 S Pecos St
Midland, TX 79701-5099

Barry Beal
104 S Pecos St
Midland, TX 79701-5021

BayRoc Associates
c/o JamiScott
15 W 53rd St. #24-B
New York, NY 10019-5401

Beacon Partners, Ltd
3030 McKinney Ave, #305
Dallas, TX 75204-7472

Beal Family Trust FBO Kelly S Beal
104 S Pecos St
Midland, TX 79701-5021

Beal GST Exemption Trust
104 S Pecos St
Midland, TX 79701-5021

Blackpool Absolute Return Fund, LLC   N-WD
c/o John E. Page, Esquire
Shraiberg, Ferrara & Landau, P.A.
2385 N.W. Executive Center Drive, Suite
Boca Raton, Florida 33431-8579

Bruce Prevost #15810-041
9595 W Quincy Ave
Littleton, CO 80123-1159

Calhoun Multi-Series Fund, L.P.
c/o Transcontinental Fund Administrator
33 N. LaSalle Street #2210
Chicago, IL 60602-3848

Cannonball Funds/Globefin Asset Manageme
PO Box 218
Wickatunk, NJ 07765-0218

Carlton Beal Family Trust FBO Barry Beal
104 S Pecos St
Midland, TX 79701-5021

Christopher J Topolewski, West Capital Manag
c/o Simon B. Paris
1 Liberty Pl 52 FL
1650 Market St
Philadelphia, PA 19103-7301

Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005-3964
Attn: Andrew N. Friedman, Esq.

Compass Special Situations Fund LP
c/o Robin E. Keller, Esq.
Hogan Lovells US LLP
875 Third Ave
New York, NY 10022-7222

David W Harrold
RRM Miami   BAD
Residential ReEntry Office
401 N Miami Avenue
Miami, FL 33128-1830

Davis Gillett Mottern & Sims LLC
c/o Bob Mottern-Sky Bell
1230 Peachtree St NE Ste 2445
Atlanta, GA  30309-7500

Deer Island, LP
c/o Jonathan Spring
4 Nason Hill Lane
Sherborn, MA 01770-1281

Dennis Dobrinich
3860 Dogwood Ave
Palm Beach Gardens, FL 33410-4755

Douglas A. Kelley, Chapter 11 Trustee
Attn: James A. Rubenstein, Esq.
Moss and Barnett
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402-4129

Douglas A. Kelley, Chapter 11 Trustee
Attn: Terrence J. Fleming, Esq.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100

Father's Heart Family Foundation Inc. (
5155 W Quincy Ave E 102
Denver, CO 80236-3255

Frank Vennes #05123-059
FPC Butner
POB 1000
Butner, NC 27509-1000

Freestone Capital Management, Inc
701 Fifth Ave 74th Floor
Seattle, WA 98104-7097

Fulbright & Jaworski
Norton Rose Fulbright US LLP
RBC Plaza
60 South Sixth St #3100
Minneapolis, MN 55402-1114

George & Nancy Slain
1517 Conifer Ridge Lane
Prescott, AZ 86303-4946

George Novograder
875 N MIchigan Ave #3612
Chicago, IL 60611-1947

Gillett Mottern and Walker, LLP   DUP
1230 Peachtree St. NE #2445
Atlanta, GA 30309
At. Bob Mottern - Sky Bell
Pete L DeMahy, Esquire 30309-7500

Golden Gate VP Absolute Return Fund, LP
c/o Michael J Cordone, Esq
2600 One Commerce Square
Philadelphia, PA 19103-7018

Golden Sun Multi-Manager Fund
ATTN: Paul Flynn (Old Hill Partners)
1120 Post Rd.   BAD
Darien, CT 06820-5447

Golden Sun Multi-Manager Fund LP
Attn: Micah Waldman
41 Traditional Ln
Loudonville NY 12211-1951

Guy M. Hohmann, Esq.
100 Congress AVe   BAD
18th Floor
Austin, TX 78701-4042

HSBC USA, Inc.
c/o Franck D. Chantayan   NEF
Carlton Fields, PA
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401-6350

Holland & Knight, LLP
701 Brickell Ave
Suite 3000
Attn: Mitchell Herr
Miami, FL 33131-2847

JamiScott
c/o Leonard & Lillian Schneider
15 W 53rd St #24-B
New York, NY 10019-5401

JamiScott LLC
15 W 53rd St #24-B
New York, NY 10019-5401

Janet Bonebrake
13956 San Pablo Ave., Apt. 336
San Pablo, CA  94806-5304

Janette Bancroft
c/o Kurt G. Bancroft
9052 SW 103 Ave
Ocala, FL 34481-8230

John Bergman
c/o Erika L. Morabito, Esq.
Foley k Lardner LLP
3000 K St NW, Ste 600
Washington, DC 20007-5111

John Daniel
225 Wellington Lane
Cape Girardeau, MO 63701-9540

Judith Goldsmith
3 Water Ln
Manhasset, NY 11030-1021

K&K Capital Management, Inc.
8701 N. Merrill St
Niles, IL 60714-1922

KBC Finance Products (Cayman Islands) Ltd.
111 Old Broad Street
London, England
EC2N 1FP

Kaufman Rossin & Co.
2699 S Bayshore Dr
Miami, FL 33133-5486

Keleen H. Beal Estate
104 S Pecos St
Midland, TX 79701-5021

Kelly Beal
104 S Pecos St
Midland, TX 79701-5021

LAB Investments Fund, LP
ATTN: Larry Bowman
P.O. Box 620234
Woodside, CA 94062-0234

Leslie Schneider
c/o JamiScott
15 W 53rd St., #24-B
New York, NY 10019-5401

Lewis B. Freeman & Partners, Inc.
c/o Kenneth A. Welt, Receiver
1776 North Pine Island Road     NEF
Suite 101
Plantation, Florida 33322-5200

Lionheart LP
by and through David A, Kite, Agent
160 N Wacker Dr, 4th Fl
Chicago, IL 60606-1566

Lynda Beal
104 S Pecos St
Midland, TX 79701-5021

M. Lee Toothman
216 Barbados Dr
Jupiter, FL 33458-2917

MB Investments, LLC
1 N Franklin St #625
Chicago, IL 60606-3532

MIO Partners Inc
Attn: Casey S Lipscomb
Vice President-Legal and Secretary
245 Park Ave 13 Flr
New York, NY 10167-2300

Marder Investment Advisors Corp.
8033 Sunset Blvd, #830
Los Angeles, CA 90046-2401

Mark Prevost
2372 Hidden Ridge Ln
Jasper, AL 35504-7268

Martin Casdagli
554 E Coronado Rd
Santa Fe, NM 87505-0347

McKinsey Master Retirement Trust
c/o Robin E. Keller, Esq.
Hogan Lovells US LLP
875 Third Ave
New York, NY 10022-7222

Mosaic Capital Fund LLC
c/o Philadelphia Financial
Attn.: John F Reilly
One Liberty Place
1650 Market St 54th Place
Philadelphia, PA  19103-7309

Nancy Beal
104 S Pecos St
Midland, TX 79701-5021

Nancy Dobrinich
3860 Dogwood Ave
Palm Beach Gardens, FL 33410-4755

Nancy Hollingsworth
30777 Riverside Ln
Trappe, MD 21673-1798

NetWide Capital LLC
P.O. Box 957
Boulder, CO 80306-0957

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204          NEF
Miami, FL 33130-1614

Palm Beach Finance Holdings, Inc.
c/o Lindquist & Vennum, PLLP
80 South Eighth Street, Ste 4200
Minneapolis, MN 55402-2223

Palm Beach Offshore II, Ltd
Admiral Financial Center, 5th Floor
90 Fort Street, PO Box 32021
Grand Cayman KY - 1208
Cayman Islands

Palm Beach Offshore LTD
Anchorage Centre, 2nd Floor
PO Box 32021 SMB
Grand Cayman, Cayman Islands

Pemco Partners, LP
8 Lyman St, #204
Westborough, MA 01581-1487

Petters Company, Inc.
c/o Lindquist & Vennum, PLLP
80 South Eighth St, Ste 4200
Minneapolis, MN 55402-2223

Prateek Mehrotra, CFA, CAIA
Sumnicht & Associates
W6240 Communication Ct, #1
Appleton, WI 54914-8549

Randall Linkous
1174 SW 27 Ave
Boynton Beach, FL 33426-7824

Robert Davenport
POB 3511
Midland, TX 79702-3511

Robert Davenport, Jr
104 S Pecos St
Midland, TX 79701-5021

Ron Priestley
5565 N Espina Rd
Tuscon, AZ 85718-5101

Ronald R. Peterson
Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654-5474

Ronald R. Peterson
c/ Wilkie Farr & Gallagher, LLP
Attn: Michael S. Schachter, Esq.  **BAD**
787 Seventh Ave
New York, NY 10019-6099

Ronald R. Peterson
c/o McDermott Will & Emery, LLP
Attn: Lazar P. Raynal, Esq.  **BAD**
227 West Monroe Street
Chicago, IL 60606-5058

SALI Fund Services, LLC
6850 Austin Center St #300
Austin, TX 78731-3132

SBL-DIF
c/o Robin E. Keller, Esq.
Hogan Lovells US LLP
875 Third Ave
New York, NY 10022-7222

SSR Capital Partners, LP
c/o R. James George, Jr., Esq
114 W 7th St #1100  **N-WD**
Austin, TX 78701-3015

SSR Capital Partners, LP
c/o R. James George, Jr., Esq.
114 W. Seventh Street  **N-WD**
Suite 1100
Austin, TX 78701-3015

Sage Capital Resources
c/o Temple Drummond, Esq.
6987 East Fowler Ave
Tampa, FL 33617-1714

Sandra Linkous
1174 SW 27 Ave
Boynton Beach, FL 33426-7824

Sarah Stroebel, Snr Corp Counsel
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402-2511

Scott Schneider
c/o JamiScott
15 W 53rd St, #24-B
New York, NY 10019-5401

Special Situations Investment Fund, LP
c/o Robin Keller, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-7222

Spencer Beal
104 S Pecos St
Midland, TX 79701-5021

Spencer Evans Beal Family Trust
104 S Pecos St
Midland, TX 79701-5021

Spring Investor Services Inc.
4 Nason Hill Lane
Sherborn, MA 01770-1281

Spring Investor Services Inc.
By Agent, Philip J. Davis, CPA
50 Congress St, Ste 330
Boston, MA 02109-4062

Sterling Management Inc.
c/o Dave Engstrom
14 Basswood Dr
Santa Rosa Beach, FL 32459-4366

Steven Feder
730 17th Street
Suite 550
Denver, CO 80202-3539

Strategic Stable Return Fund (ID), LP
c/o CVP SPV LLC
Attn: General Counsel
49 W Putnam Ave
Greenwich, CT 06830-5328

Strategic Stable Return Fund II, LP
c/o CVP SPV LLC
Attn: General Counsel
49 W Putnam Ave
Greenwich, CT 06830-5328

Sumnicht Money Masters Fund I
Liquidating Trust I
Cust/Ttee Nat'l Advisors Trust Co
800 E 101st Ter Ste 300
Kansas City, MO 64131-5309

Sumnicht Money Masters Fund I
Liquidating Trust I  **N-WD**
c/o John E. Page
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Sumnicht Money Masters Fund, LP
c/o John E. Page, Esquire    N-WD
Shraiberg Ferrara & Landau PA
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Table Mountain Capital, LLC
1035 Pearl St. #400
Boulder, CO 80302-5127

Ted Goldsmith
3 Water Ln
Manhasset, NY 11030-1021

The Beal Trust U/A 4/17/68
104 S Pecos St
Midland, TX 79701-5021

Tradex Global Advisors
35 Mason St, 4th Fl
Greenwich, CT 06830-5433

U.S. Bank National Association
c/o Richard G. Wilson, Esq.
Maslon Edeman Borman & Brand LLP
90 S 7th Street, Suite 3300
Minneapolis, MN 55402-4104

VAS Partners, LLC
Attn: Vincent P Allegra
4401 W Roosevelt Rd
Hillside, IL 60162-2031

Vincent Allegra
449 S Evergreen St
Bensenville, IL 60106-2505

West Capital Management
1818 Market St, #3323
Philadelphia, PA 19103-3655

Wilbur Hobgood
2189 Radnor Ct
North Palm Beach, FL 33408-2157

Barry Mukamal CPA
1 SW 3 Ave, Ste 2150    NEF
Miami, FL 33131

Barry E Mukamal    NEF
PO Box 14183
Fort Lauderdale, FL 33302-4183

Barry E. Mukamal
1 SE 3rd Ave 10th FL #2150    NEF
Miami, FL 33131-1716

Barry E. Mukamal
1000 S Federal Hwy, Ste 200    NEF
Fort Lauderdale, FL 33316-1237

Boris Onefater
305 Madison Ave #2036    NNR
New York, NY 10165-0027

Brett A Stillman
PC Doctor
3300 N Palmaire Dr #407    NNR
Pombano Beach, FL 33069-4235

Brian Cummins
Champion Legal Graphics and Video
306 Alcazar Ave #201    NNR
Coral Gables, FL 33134-4318

Bruce Prevost
c/o Rappaport Osborne & Rappaport PL
1300 N Federal Hwy #203    NNR
Boca Raton, FL 33432-2848

Carolyn Robbins Manley    NNR
Carolyn Robbins Jury Simulations, Inc
1933 S Oak Haven Cir
North Miami Beach, FL 33179-2834

Catherine A Ghiglieri
Ghiglieri & Company    NNR
2300 Cypress Point West
Austin, TX 78746-7117

Chad P. Pugatch
RPRS, PA
101 NE 3rd Ave., #1800    NEF
Ft. Laud., FL 33301-1252

Christopher Flynn
c/o Charles W. Throckmorton
2525 Ponce de Leon    NEF
9th Floor
Coral Gables, FL 33134-6039

Christopher Laursen
National Economic Research Associates,
1255 23rd St NW    NNR
Washington, DC 20037-1169

Daniel N. Rosen
300 Avenue North #200    NNR
Minneapolis, MN 55425-5527

David Harrold
c/o Rappaport Osborne & Rappaport, PL
1300 N Federal Hwy #203    NEF
Boca Raton, FL 33432-2848

Elliot B Kula
Kula & Samson, LLP    NNR
17501 Biscayne Blvd
Aventura, FL 33160-4802

Eric Rubin
6861 SW 196 Ave #201    NNR
Ft. Lauderdale, FL 33332-1658

Gerard A McHale, Jr    NNR
1601 Jackson St #200
Ft Myers, FL 33901-2968

Harley Tropin
2525 Ponce de Leon, 9 Fl    NNR
Miami, FL 33134

Hubert Thomas Wilkins III
Robert Hughes Associates, Inc
508 Twilight Trail #200    NNR
Richardson, TX 75080-8100

Ira H Holt Jr
Analytic Focus, LLC          NNR
11467 Huebner Rd, #4200
San Antonio, TX 78230-1595

James S. Feltman
600 Brickell Ave #2525        NNR
Miami, FL 33131-3082

Jay P Tarshis
Arnstein & Lehr LLP          NNR
120 S. Riverside Plaza #1200
Chicago, IL 60606-3910

Jeffrey H Sloman
1 SE Third Ave #1820          NNR
Miami, FL 33131-1704

Jerome M Hesch
21113 NE 38 Ave              NNR
Aventura, FL 33180-4021

John Daniel
c/o Patrick M. Mosley
Hill Ward Henderson PA
101 E Kennedy Blvd, Suite 3700
Tampa, FL 33602-5195

John D. Eaton
Rasco Klock Reininger        NNR
283 Catalonia Avenue, 2nd Floor
Coral Gables, FL 33134-6712

John H Genovese
100 SE 2 St Ste 4400         NEF
Miami, FL 33131-2118

Jonathan Guy Manning
Campbells Law Firm
Willow House Cricket Sq
POB 884
Grand Cayman KY1-1103 Cayman Islands
George Town

Kenneth A Ralston
c/o Douglas Ralston
3633 Driftwood Drive
Long Grove, IL 60047-5235

Kenneth A Welt
Trustee Services, Inc.
8255 West Sunrise Boulevard   NEF
Suite #177
Plantation, FL 33322-5403

Kevin O'Halloran
Newbridge Management, LLC     NNR
1720 Peachtree St #425N
Atlanta, GA 30309-2449

Leslie Roy Grossman
9132 Vander Cove             NNR
Boynton Beach, FL 33473-4994

Luke Dalchow
c/o Fabian Hoffner
310 4th Ave South
Suite 5010
Minneapolis, MN 55415-1053

Lynn E Turner
Hemming Morse, LLP           NNR
725 S Figueroa St #2950
Los Angeles, CA 90017-5474

Marc Hurwitz
Crossroads Investigations, Inc.
1835 NE Miami Gardens Dr #547  NNR
North Miami Beach, FL 33179-5035

Marie Ashton
c/o Helen Chaitman           NEF
45 Broadway
New York, NY 10006-3007

Michael Lesser
68 Mountainview Rd           NNR
Millburn, NJ 07041-1532

Michael R Slade
Callaway & Price Inc
1639 Forum Pl #5             NNR
West Palm Beach, FL 33401-2330

Michael S Budwick Esq
200 S Biscayne Blvd # 3200   NEF
Miami, FL 33131-5323

Michelle Harrold
c/o Furr and Cohen, P.A.     NEF
2255 Glades Road
Suite 337W
Boca Raton, FL 33431-7379

Nancy B Rapoport
530 Farrington Court         NNR
Las Vegas, NV 89123-0622

Patrick M. Mosley
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

Paul A Avron Esq.
One Town Center Road, Ste. 301  NEF
Boca Raton, FL 33486-1014

Paul Steven Singerman Esq
1450 Brickell Ave #1900      NEF
Miami, FL 33131-3453

Peter Hagan
Berkeley Research Group
2200 Powell St., Ste. 1200   NNR
Emeryville, CA 94608-1833

Richard Painter
7128 Mark Terrace Dr         NNR
Edina, MN 55439-1628

Sharon Brown-Hruska
National Economic Research Associates
c/o Michael Budwick
Meland Russsin & Budwick P.A.  NNR
200 S. Biscayne Blvd, Ste 3200
Miami, FL 33131-5323

Soneet R Kapila
Kapila & Company
1000 S Federal Hwy #200      NEF
Ft. Lauderdale, FL 33316-1237

Stephen Williams
59 Damonte Ranch Pkwy #3360
Reno, NV 89521-1907

Steven Bakaysa
2251 Wigwam Pkwy #1026
Hendesron, NV 89074-6235

Steven I Fried
4400 Bayou Blvd #6
Pensacola, FL 32503-1905

NNR

Wilbur Hobgood
2189 Radnor Court
North Palm Beach, FL 33408-2157

DUP

Label Matrix for local noticing
113C-9
Case 09-36396-EPK
Southern District of Florida
West Palm Beach
Wed Feb 20 16:23:22 EST 2019

Geoff Varga, as Liquidator
c/o Robin J. Rubens
201 S Biscayne Blvd 34 Fl
Miami, FL 33131-4332          NEF

Palm Beach Finance II, L.P.
3601 PGA Blvd
Suite 301                     NNR
Palm Beach Gardens, FL 33410-2712

US Trust, Co-Trustee of the Maxine B Adler T
5200 Town Center Road #500    BAD
Boca Raton, FL 33486-1018

ARIS Capital Management
200 Biscayne Blvd. Way, # 4902    DUP
Miami, FL 33131-2165

ARIS Multi-Strategy Fund, LP
Aris Capital Management
200 Biscayne Blvd. Way, # 4902
Miami, FL 33131-2165

Agile Safety Fund (Master Fund)
730 17th Street
Suite 550                     PBFP
Denver, CO 80202-3539

Agile Safety Variable Fund, L.P.
730 17th Street
Suite 550                     PBFP
Denver, CO 80202-3539

Alton Opitz
144 Newhaven Ln               PBFP
Butler, PA 16001-7910

Barnett Capital Ltd.
450 Skokie Blvd, #604
Northbrook, IL 60062-7914

Barry Beal
104 S Pecos St                PBFP
Midland, TX 79701-5021

BayRoc Associates LLC
c/o JamiScott LLC
15 West 53rd St #24-B          PBFP
New York NY 10019-5401

Blackpool Absolute Return Fund, LLC
c/o John E. Page, Esquire
Shraiberg, Ferrara & Landau, P.A.    N-WD
2385 N.W. Executive Center Drive, #
Boca Raton, Florida 33431-8579

Blackpool Partners, LLC
c/o John E. Page, Esquire     N-WD
Shraiberg, Ferrara & Landau, P.A.
2385 N.W. Executive Center Drive, #
Boca Raton, Florida 33431-8579

Bruce Prevost #15810-041
9595 West Quincy Avenue        N-WD
Littleton, CO 80123-1159

Centermark Asset Management
21320 Baltic Dr
Cornelius, NC 28031-6425

Clarridge Associates LLC
c/o JamiScott LLC
15 West 53rd St #24-B
New York NY 10019-5401

Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower          PBFP
Washington, D.C. 20005-3964
Attn: Andrew N. Friedman, Esq.

Compass Offshore Special Situations, PCC
c/o Compass ITV LLC
245 Park Ave FL 13
New York, NY 10167-2300

David Harrold
RRM Miami
Residential ReEntry Office     BAD
401 N Miami Avenue
Miami, FL 33128-1830

Douglas A. Kelley, Chapter 11 Trustee
Attn: James A. Rubenstein, Esq.
4800 Wells Fargo Center        PBFP
90 South Seventh Street
Minneapolis, MN 55402-3903

Douglas A. Kelley, Chapter 11 Trustee
Attn: Terrence J. Fleming, Esq.
4200 IDS Center                PBFP
80 South Eighth Street
Minneapolis, MN 55402-2100

Frank Vennes #05123-059
FPC Butner                     PBFP
POB 1000
Butner NC 27509-1000

Fulbright & Jaworski
Norton Rose Fulgright US LLP
RBC Plaza                      PBFP
80 South Sixth Stt
Minneapolis, MN 55402

Genesis Capital
Attention: Mike Dubinsky
7191 Wagner Way NW, Suite 302
Gig Harbor, WA 98335-6909

Geoffrey Varga and Neil Morris
Joint Liquidators of Palm Beach Offshore
c/o Mark W. Eckard, Esq.
1201 N. Market Street, Suite 1500
Wilmington, DE 19801-1163

Gillett Mottern and Walker LLP
1230 Peachtree Street NE #2445
Atlanta, GA 30309              PBFP
Attn: Bob Mottern - Sky Bell
Pete L. DeMahy, Esquire 30309-7500

Golden Sun Capital Management
ATTN: Keith Wellner (Old Hill Partners)
1120 Post Rd.
Darien, CT 06820-5447         PBFP

Golden Sun Multi-Manager Fund, LP
Attn: Micah Waldman           PBFP
41 Traditional Lane
Loudonville, NY 12211-1951

Guardian Capital, LLC
3018 Devon Road
Durham, NC 27707-4544

Guy M. Hohmann, Esq.
100 Congress Ave
18th Floor
Austin, TX 78701-4042

BAD

HSBC USA, INC.
c/o Franck D. Chantayan
Carlton Fields, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401-6350

NEF

HSBC USA, Inc.
HSBC Alternative Fund Services
330 Madison Ave, 5th Floor
New York, NY 10017-5042

Hillcrest Properties, c/o Stephen Willia
59 Damonte Ranch Pkwy, #B-360
Reno, NV 89521-1907

Holland & Knight, LLP
701 Brickell Ave
Suite 3000
Attn: Mitchell Herr
Miami, FL 33131-2847

PBFP

James Corydon
6650 N Tower Circle Dr
Lincolnwood, IL 60712-3218

Jamiscott, LLC
15 W 53 St, #24-B
New York, NY 10019-5401

PBFP

Jamiscott, LLC, c/o Leonard & Lillian Sc
1089 S Ocean Blvd
Palm Beach, FL 33480-4932

John Daniel
225 Wellington Ln
Cape Girardeau, MO 63701-9540

PBFP

Judith Goldsmith
3 Water Ln
Manhasset, NY 11030-1021

PBFP

Kaufman Rossin & Co.
2699 S Bayshore Dr
Miami, FL 33133-5486

PBFP

Kenneth A. Ralston
c/o John E. Page, Esquire
Shraiberg, Ferrara & Landau, P.A.
2385 N.W. Executive Center Drive, #
Boca Raton, Florida 33431-8579

N-WD

Kenneth Ralston
1008 Mackenzie Pl
Wheaton, IL 60187-3333

Kenneth Ralston
c/o John E. Page, Esquire
Shraiberg, Ferrara & Landau, P.A.
2385 N.W. Executive Center Drive, #
Boca Raton, Florida 33431-8579

N-WD

LAB Investments Fund, LP
1875 S Grant St, #600
San Mateo, CA 94402-7013

PBFP

Laulima Partners, LP
c/o Quish & Complany, LLC
Attn: Mariah Quish
1123 Spruce Street, Suite 303
Boulder, CO 80302-4001

Leslie Schneider
c/o JamiScott LLC
15 West 53rd St #24-B
New York NY 10019-5401

PBFP

Lewis B. Freeman & Partners, Inc.
c/o Kenneth A. Welt, Receiver
1776 North Pine Island Road
Suite 102
Plantation, Florida 33322-5200

NEF

Lynn E Maynard Gollin
Godron & Reese LLP
200 S Biscayne Blvd #4300
Miami FL 33131-2362

BAD

Marder Investment Advisors Corp.
8033 Sunset Blvd, #830
Los Angeles, CA 90046-2401

PBFP

Maxine Adler
109 Los Patios
Los Gatos, CA 95032-1127

PBFP

Maxine Adler
c/o US Trust/Bank of America and Patrici
150 E. Palmetto Park Road, Suite 200
Boca Raton, FL 33432-4831

PBFP

McKinsey Master Retirement Trust
c/o Robin Keller, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-7222

PBFP

Mosaic Capital Fund LLC
c/o Philadelphia Financial
attn: John F. Reilly
One Liberty Place
1650 Market St 54th Pl
Philadelphia, PA 19103-7309

PBFP

Ocean Gate Capital Management, LP
5 Sewall Street
Marblehead, MA 01945-3396

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

NEF

Palm Beach Finance Holdings, Inc.
c/o Lindquist & Vennum, PLLP
80 South Eighth Street, Ste 4200
Minneapolis, MN 55402-2223

PBFP

Palm Beach Offshore II, Ltd.
Admiral Financial Center, 5th Floor
90 Fort Street, PO Box 32201
Grand Cayman KY-1208
Cayman Islands

PBFP

Palm Beach Offshore, Ltd.
Anchorage Centre, 2nd Floor
PO Box 32021 SMB
Grand Cayman
Cayman Islands

PBFP

Pemco Partners, LP
8 Lyman St, #204
Westborough, MA 01581-1487

PBFP

Pete L Demahy
150 Alhambra Cir PH
Coral Gables, FL 33134-4505
**BAD**

Petters Company, Inc.
c/o Lindquist & Vennum, PLLP
80 South Eighth Street, Ste 4200
Minneapolis, MN 55402-2223
**PBFP**

Quantum Family Office Group, LLC
6619 S Dixie Hwy #251
Miami, FL 33143-7919

Raymond Feldman
4644 Balboa Ave
Encino, CA 91316-4105

Raymond G. Feldman Family Ventures, L.P.
c/o John E. Page, Esquire
Shraiberg, Ferrara & Landau, P.A.
2385 N.W. Executive Center Drive, #
Boca Raton, Florida 33431-8579
**N-WD**

Ronald R. Peterson
Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654-5474
**PBFP**

Ronald R. Peterson
c/ Wilkie Farr & Gallagher, LLP
Attn: Michael S. Schachter, Esq.
787 Seventh Ave
New York, NY 10019-6099
**BAD**

Ronald R. Peterson
c/o McDermott Will & Emery, LLP
Attn: Lazar P. Raynal, Esq.
227 West Monroe Street
Chicago, IL 60606-5058
**BAD**

SSR Capital Management LLC
CVP SPY LLC
ATTN: General Counsel
49 West Putnam Avenue
Greenwich, CT 06830-5328

SSR Capital Partners, LP
c/o R. James George, Jr., Esq.
114 W. Seventh Street
Suite 1100
Austin, TX 78701-3015
**PBFP**

Santa Barbara Investment Capital
327 Los Cerros
San Luis Obispo CA 93405-1272

Scotia Capital
The Bank of Nova Scotia
40 King St W
P.O. Box 4085, Station A
Toronto, Ontario M5W 2X6 Canada

Scott Schneider
c/o JamiScott LLC
15 West 53rd St #24-B
New York NY 10019-5401
**PBFP**

Select Access Management
15 Valley Dr
Greenwich, CT 06831-5205

Special Olympics
Northern California, Inc
Attn: Rebecca Thompson, General Counsel
3480 Buskirk Ave #340
Pleasant Hill, CA 94523-4382

Steven Feder
730 17th Street
Suite 550
Denver, CO 80202-3539
**PBFP**

Strategic Stable Return Fund (ID), LP
c/o R. James George, Jr., Esq.
114 W. Seventh Street
Suite 1100
Austin, TX 78701-3015
**PBFP**

Strategic Stable Return Fund II, LP
c/o J. James George, Jr., Esq.
114 W. Seventh Street
Suite 1100
Austin, TX 78701-3015
**PBFP**

Strategic Stable Return Fund, II, LP
c/o R. James George, Jr., Esq.
114 W. Seventh Street
Suite 1100
Austin, TX 78701-3015
**PBFP**

Table Mountain Capital, LLC
850 Quince Ave
Boulder, Co 80304-0746
**PBFP**

Ted Goldsmith
3 Water Ln
Manhasset, NY 11030-1021
**PBFP**

Thomas J Ginley Life Insurance Trust
c/o Julie Elizabeth Hough
2450 Hollywood Blvd #706
Hollywood, FL 33020-6628
**PBFP**

U.S. Bank Natl Assoc
c/o Richard G Wilson, Esq
90 S 7 St #3300
Minneapolis, MN 55402-4104
**PBFP**

U.S. Trust and Patricia Scwab
Successor Trustees, TUA Maxine B Adler
POB 842056
Dallas, TX 75284-2056

UC Davis Foundation
ATTN: Colleen Oys
Center / 2nd Floor
One Shields Avenue
Davis, CA 95616-5270

UC Davis School of Veterinary Medicine
Office of the Dean - Development
One Shields Avenue
Davis, CA 95616-5270

US Trust, Co-Trustee of the Maxine B Adler T
1 Town Center Road, Suite 701
Boca Raton, FL 33486-1040

Umbach Financial Group, LLC
525 South Flagler Drive, #100
West Palm Beach, FL 33401-5932

Zimmer Lucas Capital
PO Box 238
Florham Park, NJ 07932-0238

Barry E Mukamal
PO Box 14183
Fort Lauderdale, FL 33302-4183
**NEF**

Patricia Schwab, Co-Trustee of the Maxine B
1511 NE 57 Ct
Ft Lauderdale, FL 33334-5976

Paul A Avron Esq.
One Town Center Road, Ste. 301    NEF
Boca Raton, FL 33486-1014

Paul Steven Singerman Esq
1450 Brickell Ave #1900    NEF
Miami, FL 33131-3453

Wilbur Hobgood
2189 Radnor Court    PBFP
North Palm Beach, FL 33408-2157

**ADDITIONAL (ADDL) for both cases: 09-36379 and 09-36396 Updated March 25, 2019**

James L. Volling, Esquire
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Deutsche Bank AG Dublin
C/O Fund Service Operations
East Point Business Park
Dublin 3
Dublin
Ireland

Edwin G. Schallert, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Ron Robertson, President
Strategic Capital Group
7191 Wagner Way NW, Suite 302
Gig Harbor, WA 98335

Andrew P. O'Brien, Esquire
U.S. Securities and Exchange Commission Chicago
Regional Office
175 West Jackson Blvd., Suite 900
Chicago, IL 60604

Global Securities Services
2600 Airport Business Park
Kinsale Road
Co.Cork
Ireland

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Sage Capital Resources
c/o Temple Drummond, Esq.
6987 East Fowler Ave
Tampa, FL 33617

Michael R. Band, Esquire
Band Law Firm
169 East Flagler Street
Suite 1200
Miami, FL 33131

Peggy Adams Animal Rescue League of the Palm
Beaches, Inc.
c/o Andrew Helgesen, Esq.
11380 Prosperity Farms Road, Suite 201
Palm Beach Gardens, FL 33410

Bear Stearns Capital Markets, Inc.
c/o Mark W. Page, Esquire
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL 60606

Deutsche Bank (Cayman) Ltd
c/o Deutsche International Trust Corporation
Mauritius Limited
Level 5 Altima Building,
56 Ebene Cybercity
Mauritius

KAT TNR, Inc.
17600 Wagon Wheel Drive
Boca Raton, FL 33496
Contact: Phyllis Toon, President

AVDA (Aid to Victims of Domestic Violence)
P.O. Box 6161
Delray Beach, FL 33482
Contact: Pamela A. O'Brien, Executive Director

Town Cats
P.O. Box 1828
Morgan Hill, CA 95038
Contact: Rosemary Mirko, Principal

Special Olympics Florida
1915 Don Wickham Drive
Clermont, FL 34711
Contact: Larry Daniel, VP of Direct Marketing

Next Door Solutions to Domestic Violence
234 E. Gish Road, Suite 200
San Jose, CA 95112
Contact: Kathleen Krenek, Executive Director

Eden Rock Capital Management
50 Curzon Street
London W1J 7UW
United Kingdom

Aaron M. Dorfner, Esq.
Cotton Bledso et al.
500 W. Illinois Ste. 300
Midland, TX 79701

David C. Cimo, Esquire
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, Florida 33131

**COMPOSITE EXHIBIT 4**

Harvest Investments LP
c/o Deer Island, LP
Red Bird Farm
89 Nason Hill Rd
Sherborn, MA 01770-1233

Thomas F. Miller, Esq.
Thomas F. Miller, P.A.
1000 Superior Blvd., Suite 303
Wayzata, MN 55391-1873

ABR Capital, LLC
c/o Alan B. Rosenthal
4645 Delafield Ave
Riverdale, NY 10471

Harborlight Capital Management, LLC
8305 Gunn Hwy
Tampa, FL 33626-1608

Lionheart, LP
by and through Robert A. Mandel, GP
8383 Wilshire Blvd., # 400
Beverly Hills, CA 90211

Frank Carruth
c/o Linda Carruth Strugar
240 Summa St
West Palm Beach, FL 33405-4718

Second City Alternatives
c/o Premier Advisors Fund, LLC
801 Park Ave
Wilmette, IL 60091

Blackpool Absolute Return Fund, LLC
Attn: Mr. Douglas Ralston
318 W. Half Day Road, Suite 291
Buffalo Grove, IL 60089

Miles N. Ruthberg, Esq.
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4834

PENSCO Trust Company
FBO George C. Slain IRA
P.O. Box 173859
Denver, CO 80217-3859

Eric N. Assouline, Esq.
Assouline & Berlowe, P.A.
213 E. Sheridan Street
Suite 3
Dania Beach, FL 33004

HSBC USA, Inc.
Phillips Lytle LLP
Attn: Angela Z. Miller, Esq.
3400 HSBC Center
Buffalo, NY 14203

The Gantcher Group
c/o Nathan Gantcher
EXOP Capital, LLC
767 Third Ave, 16 FL
New York, NY 10017

Thomas Sandlow / Tremont Group Holdings, Inc.
305 Riverside Dr, Apt 7A
New York, NY 10025-5214

Nancy Mishkin / Mondiale Partners
211 E 53rd St, Apt 12-D
New York, NY 10022-4807

Lionheart, L.P.
Craig H. Averch, Esq.
Shiva Delrahim, Esq.
White & Case LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433

Blackpool Partners, LLC
Attn: Mr. Douglas Ralston
318 W. Half Day Road, Suite 291
Buffalo Grove, IL 60089

Robert J. Malionek, Esq.
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4834

Thomas R. Manisero, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604

Alice Pugliese
1644 Oak Berry Circle
Wellington, FL 33414

**ADDITIONAL (ADDL) for both cases: 09-36379 and 09-36396 Updated March 26, 2019**

Fleming Financial Services
514 S Main Street
Suite A
Bel Air, MD 21014

Barbara Bluhm
189 E Lake Shore Drive
Suite 19
Chicago, IL 60611

Keith Rudman
PO Box 249
Tuckasegee, NC 28783

Lee S. Shalov, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016-2404

ABN Amro Retained FS (IOM) Limited
First Floor, Jubilee Buildings
Victoria Street, Douglas
Isle of Man
Isle of Man, IM1 2SH

Thomas G. Ciarlone, Esq.
Kane Russell Coleman & Logan PC
5051 Westheimer Road
10th Floor
Houston, TX 77056

ABN Amro Custodial Services (Ireland) Limited
2nd Floor, 1-2 Victoria Buildings,
Haddington Road,
Dublin 4, D04 XN32
Ireland

Sky Bell Select, LP
c/o David Gillett Mottern & Sims, LLC
545 Dutch Valley Road, Suite A
Atlanta, GA 30324
Attention: Robert J. Mottern

Armadillo Partners LLC
Michael Weprin, Manager
411 Walnut Street, Suite 13637
Green Cove Springs, FL 32043

Sky Bell Select, LP
c/o Davis Gillett Mottern & Sims, LLC
545 Dutch Valley Road, Suite A
Atlanta, GA 30324
Attention: Robert J. Mottern

**ADDITIONAL VIA EMAIL (ADDL-E)**
GMB Capital Management by Email: kanderson@gmbcapital.com
Harvest Investments LP by Email: jonathan@springonline.net
Harborlight Capital Management, LLC by Email: dean@harborlightcapital.com

## NOTES (FOR OUR USE ONLY

- Armadillo Partners LLC
  Michael Weprin, Manager
  411 Walnut Street, Suite 13637
  Green Cove Springs, FL 32043

  Added per email from Mark C. Parisi dated 10/15/18

- Sky Bell Select, LP
  c/o Davis Gillett Mottern & Sims, LLC
  545 Dutch Valley Road, Suite A
  Atlanta, GA 30324
  Attention: Robert J. Mottern

  Added as a courtesy.  We filed a Notice of Change of Address but matrix was not updated.